H-D U.S.A., LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 19-cv-3547

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | 46GPFORTYSIX Store | 2 | +8618355115692 Store |
| 3 | AHP HELMETS Store | 4 | Ancy YI factory Store |
| 5 | Ao Mi Ke Rong Official Store | 6 | AtubeixMotoCar Store |
| 7 | Beads House | 8 | Bo Costumes World Store |
| 9 | C & c. motocycle helmet and accessories Inc. | 10 | capacete Store |
| 11 | Casque de chevalier Store | 12 | Champrint Store |
| 13 | China Cloth | 14 | Chopper Store |
| 15 | Customes World | 16 | Cyclegear Brand Store |
| 17 | dengloushangmao Store | 18 | Dolon Jewelry |
| 19 | Dpsprue Factory Store | 20 | Emmanuel Store |
| 21 | Factory direct sales floating charms(min order is 10USD) | 22 | For A Wouderful Car Enjoyment Store |
| 23 | GPCROSS Store | 24 | Guangzhou XianFu Trading Co,ltd |
| 25 | Handmade painting Store | 26 | Harry's Art Jewels Store |
| 27 | HBN Store | 28 | HLLZH Official Store |
| 29 | ian's Lingerie Store | 30 | kim feng's store |
| 31 | LDMET professional+ Store | 32 | Listen to Snowing World Store |
| 33 | Little MingLou Store | 34 | Macey Store |
| 35 | MaggieFan Store | 36 | Masonic Gifts Store |
| 37 | MJ MOTOR Store | 38 | Motorcycle & Automobile Parts Store |
| 39 | MOTORIDER Store | 40 | Mounsi store Store |
| 41 | MRM Store | 42 | NFSEPGO DP Offroad Lights Store |
| 43 | NINEN Store | 44 | paylor Lover Store |
| 45 | Remodel-888 Store | 46 | Roulan Motorcycle supplies Store |
| 47 | Route 11's Store | 48 | Shenzhen No1 sports supermarket |
| 49 | shop zl761225 Store | 50 | Shop2842097 Store |
| 51 | Shop3481043 Store | 52 | Shop3979020 Store |
| 53 | Skyline Store | 54 | TAFREE Official Store |
| 55 | TNOOG Car Motorcyle lighting & Accessories Store | 56 | Transauto |
| 57 | Typhoon Racing Store | 58 | Valentine Accessories Store |
| 59 | VAMOOSY - Store | 60 | VECCHIO MOTORCYCLE SUPPLIES Store |
| 61 | Wendy murals Store | 62 | WIPU.2 Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 63 | YIMING JEWEIRY STORE | 64 | YogaGift Store |
| 65 | YssiLynn Y L Store | 66 | YSY Autoparts Store |
| 67 | Yueqing Tian'e Store | 68 | YUZHEJIE Store |
| 69 | ZHONGWANG GVUSMIL Store | 70 | ZongDi Store |
| 71 | ZSQH Piranha1 Store | 72 | Angelove Trendy Store |
| 73 | BABY211 Store | 74 | Bakuis Car Motor Led Lights Parts Store |
| 75 | Bobo's sports store | 76 | China Very Good Store |
| 77 | cn1525418153etd Store | 78 | cuper happy1 Store |
| 79 | dan k Store | 80 | Dance Costume Dress Factory |
| 81 | DAZHA911 Store | 82 | Diane Store |
| 83 | Dressing youself Store | 84 | DU Store |
| 85 | Dulipyu Store | 86 | enthusiasm Store |
| 87 | Ericwei Light Factary Store | 88 | Factory Car Motor Lights Parts Store |
| 89 | Four seasons authentic Store | 90 | FOX5 Tees Shirt Store |
| 91 | GILAG BAIXIANGGUO Store | 92 | HongPeng Yang |
| 93 | huilin jewel Store | 94 | j ames's store |
| 95 | jiaofu Drop shipping Store | 96 | Knight expert |
| 97 | LEOPANDA 4 Store | 98 | LKY816816 Store |
| 99 | MagicLoves Store | 100 | MAIIDEN Manufacturer Store |
| 101 | MOLI MEN Store | 102 | Motorcycle Center Store |
| 103 | MotorcycleHelmet Store | 104 | NIC-LIGHT round headlight Store |
| 105 | oushifushi Store | 106 | PandW Store |
| 107 | Personality men jewellery Store | 108 | personalityprintedtee Store |
| 109 | Playful Tees Store | 110 | PTDDYI Store |
| 111 | qiaodan Store | 112 | sanswang2018 Store |
| 113 | Screaming motorcycle Store | 114 | Shop3243051 Store |
| 115 | Shop3898003 Store | 116 | Shop4401081 Store |
| 117 | Shop4534015 Store | 118 | Shop4675007 Store |
| 119 | Shop4682020 Store | 120 | Shop4816005 Store |
| 121 | Shop4872172 Store | 122 | Shop4883009 Store |
| 123 | Shop4968046 Store | 124 | Shop4972088 Store |
| 125 | Shop4978079 Store | 126 | Shop4989247 Store |
| 127 | Shop5007359 Store | 128 | Shop5023082 Store |
| 129 | sillyboytshirts Store | 130 | Skullcitytshirts Store |
| 131 | Small & Beautiful Store | 132 | Smithcool Store |
| 133 | Song Store | 134 | SUZIYAN A Store |
| 135 | SXSYHD Official Store | 136 | takerlama My-COS Store |
| 137 | TCMT Authorization Store | 138 | Tees workshop Store |
| 139 | teesrping Store | 140 | tgsuppliesuk Store |
| 141 | The Emperor Shop Store | 142 | Tony yu store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 143 | TshirtLink Store | 144 | VEMIKYSION Manufacturer of Car Light Store |
| 145 | xianger Store | 146 | XiaoChong Store |
| 147 | YK UNCLE Official Store | 148 | YXSM Garments Store |
| 149 | ZOGGA CLOTH Store | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/2952006 | 2 | aliexpress.com/store/3494015 |
| 3 | aliexpress.com/store/2070139 | 4 | aliexpress.com/store/1361689 |
| 5 | aliexpress.com/store/521819 | 6 | aliexpress.com/store/3473011 |
| 7 | aliexpress.com/store/412124 | 8 | aliexpress.com/store/4601014 |
| 9 | aliexpress.com/store/1758421 | 10 | aliexpress.com/store/3632008 |
| 11 | aliexpress.com/store/4398091 | 12 | aliexpress.com/store/4751011 |
| 13 | aliexpress.com/store/928505 | 14 | aliexpress.com/store/2402109 |
| 15 | aliexpress.com/store/2222108 | 16 | aliexpress.com/store/803735 |
| 17 | aliexpress.com/store/4406019 | 18 | aliexpress.com/store/218962 |
| 19 | aliexpress.com/store/4530030 | 20 | aliexpress.com/store/3512097 |
| 21 | aliexpress.com/store/900783 | 22 | aliexpress.com/store/3203066 |
| 23 | aliexpress.com/store/611814 | 24 | aliexpress.com/store/808694 |
| 25 | aliexpress.com/store/2632017 | 26 | aliexpress.com/store/1299465 |
| 27 | aliexpress.com/store/2622009 | 28 | aliexpress.com/store/2398066 |
| 29 | aliexpress.com/store/4476063 | 30 | aliexpress.com/store/801839 |
| 31 | aliexpress.com/store/4516085 | 32 | aliexpress.com/store/2783034 |
| 33 | aliexpress.com/store/1095188 | 34 | aliexpress.com/store/4687027 |
| 35 | aliexpress.com/store/3632067 | 36 | aliexpress.com/store/414283 |
| 37 | aliexpress.com/store/1183300 | 38 | aliexpress.com/store/3363017 |
| 39 | aliexpress.com/store/3478033 | 40 | aliexpress.com/store/2881176 |
| 41 | aliexpress.com/store/2791152 | 42 | aliexpress.com/store/2165011 |
| 43 | aliexpress.com/store/900206003 | 44 | aliexpress.com/store/5002258 |
| 45 | aliexpress.com/store/1501530 | 46 | aliexpress.com/store/413106 |
| 47 | aliexpress.com/store/4659002 | 48 | aliexpress.com/store/342966 |
| 49 | aliexpress.com/store/3204030 | 50 | aliexpress.com/store/2842097 |
| 51 | aliexpress.com/store/3481043 | 52 | aliexpress.com/store/3979020 |
| 53 | aliexpress.com/store/3901046 | 54 | aliexpress.com/store/340780 |
| 55 | aliexpress.com/store/3226055 | 56 | aliexpress.com/store/2172132 |
| 57 | aliexpress.com/store/412035 | 58 | aliexpress.com/store/4817159 |
| 59 | aliexpress.com/store/4353013 | 60 | aliexpress.com/store/1768322 |
| 61 | aliexpress.com/store/3042020 | 62 | aliexpress.com/store/3004034 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 63 | aliexpress.com/store/2206008 | 64 | aliexpress.com/store/2907018 |
| 65 | aliexpress.com/store/3618170 | 66 | aliexpress.com/store/2672090 |
| 67 | aliexpress.com/store/3045015 | 68 | aliexpress.com/store/3891014 |
| 69 | aliexpress.com/store/2923076 | 70 | aliexpress.com/store/2164118 |
| 71 | aliexpress.com/store/4805085 | 72 | aliexpress.com/store/624869 |
| 73 | aliexpress.com/store/4929068 | 74 | aliexpress.com/store/2478037 |
| 75 | aliexpress.com/store/921885 | 76 | aliexpress.com/store/4645162 |
| 77 | aliexpress.com/store/4689032 | 78 | aliexpress.com/store/4417013 |
| 79 | aliexpress.com/store/4410096 | 80 | aliexpress.com/store/1856208 |
| 81 | aliexpress.com/store/4973062 | 82 | aliexpress.com/store/2970011 |
| 83 | aliexpress.com/store/4479021 | 84 | aliexpress.com/store/3625105 |
| 85 | aliexpress.com/store/822839 | 86 | aliexpress.com/store/4433026 |
| 87 | aliexpress.com/store/4606017 | 88 | aliexpress.com/store/3511005 |
| 89 | aliexpress.com/store/4916076 | 90 | aliexpress.com/store/4647172 |
| 91 | aliexpress.com/store/4648127 | 92 | aliexpress.com/supplier-gs/wholesale-products/245014101-productlist.html |
| 93 | aliexpress.com/store/906791 | 94 | aliexpress.com/store/712205 |
| 95 | aliexpress.com/store/2885122 | 96 | aliexpress.com/store/2182081 |
| 97 | aliexpress.com/store/3684098 | 98 | aliexpress.com/store/4990033 |
| 99 | aliexpress.com/store/4991403 | 100 | aliexpress.com/store/4384110 |
| 101 | aliexpress.com/store/4664011 | 102 | aliexpress.com/store/315699 |
| 103 | aliexpress.com/store/3108023 | 104 | aliexpress.com/store/2912014 |
| 105 | aliexpress.com/store/4800091 | 106 | aliexpress.com/store/4710108 |
| 107 | aliexpress.com/store/3473007 | 108 | aliexpress.com/store/4550025 |
| 109 | aliexpress.com/store/3860036 | 110 | aliexpress.com/store/4968042 |
| 111 | aliexpress.com/store/4968048 | 112 | aliexpress.com/store/4039078 |
| 113 | aliexpress.com/store/3853108 | 114 | aliexpress.com/store/3243051 |
| 115 | aliexpress.com/store/3898003 | 116 | aliexpress.com/store/4401081 |
| 117 | aliexpress.com/store/4534015 | 118 | aliexpress.com/store/4675007 |
| 119 | aliexpress.com/store/4682020 | 120 | aliexpress.com/store/4816005 |
| 121 | aliexpress.com/store/4872172 | 122 | aliexpress.com/store/4883009 |
| 123 | aliexpress.com/store/4968046 | 124 | aliexpress.com/store/4972088 |
| 125 | aliexpress.com/store/4978079 | 126 | aliexpress.com/store/4989247 |
| 127 | aliexpress.com/store/5007359 | 128 | aliexpress.com/store/5023082 |
| 129 | aliexpress.com/store/4646125 | 130 | aliexpress.com/store/4646084 |
| 131 | aliexpress.com/store/430235 | 132 | aliexpress.com/store/4688020 |
| 133 | aliexpress.com/store/4990341 | 134 | aliexpress.com/store/4658049 |
| 135 | aliexpress.com/store/4994349 | 136 | aliexpress.com/store/1112787 |
| 137 | aliexpress.com/store/3369007 | 138 | aliexpress.com/store/3886004 |
| 139 | aliexpress.com/store/3473048 | 140 | aliexpress.com/store/3609015 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 141 | aliexpress.com/store/4249016 | 142 | aliexpress.com/store/122216 |
| 143 | aliexpress.com/store/3910038 | 144 | aliexpress.com/store/3477056 |
| 145 | aliexpress.com/store/4970019 | 146 | aliexpress.com/store/4639107 |
| 147 | aliexpress.com/store/2180093 | 148 | aliexpress.com/store/4917004 |
| 149 | aliexpress.com/store/4993503 | | |