

























# Multiple item - claim

Monday, March 18, 2019    **Payment to** 熊 礼其           $7.96 USD

**Which items do you need to contact us about?**

☐ **99706930803493 – Summer New t shirt men High Quality 3D Harley Motorcycle And skull Printed T-shirt Short Sleeve O-Neck men's tee shirts Dropshi**

○ Didn't receive
○ Not as described

**What is the category of your purchase?**
○ Physical item
○ Digital good / service

Compose message to Paypal

**Submit**    cancel

Return to transaction

## Seller contact
熊 礼其
529273873@qq.com



HELP    CONTACT US    SECURITY    FEES    FEEDBACK

©1999-2019 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates











Motorcycle Backpack Carbon Fiber Motocross Racing Bag Motorcycle Knight Backpack Travel
*US $29.07*  10 sold

2018 Motocross Tail Bag Waterproof Rain Cover Motorcycle Back Seat bag Motorcycle Helmet Bag
*US $35.64*  2 sold

ROCK BIKER Big Screen Motorcycle Tank Bag Motorbike Oil Fuel Tank Bag Knight Backpack Black
*US $31.46*

MOTOCENTRIC Motorcy Magnetic Moto Tank Bag
*US $33.21*

Motorcycle Backpack Waterproof Bag Camelbak Motorcycle Bag With 2 Liter TPU Water DH MTB
*US $20.73*

new Motorcycle bag helmet backpack Waterproof motocross racing casco mochila Multifunctional
*US $24.61*

Carbon Fiber Motorcycle Backpack MotoGP Racing Bag Motocross Hard Shell Backpack Luggage BAG
*US $28.70*  107 sold

# MOTORCYCLE GLOVE
## Winter,Summer,Warm,Waterproof,Breather Leather

2017 New brand Suomy Touch Screen 100% waterproof motorcycle gloves guantes moto invierno
*US $14.99*  10 sold

ROCK BIKER Motorbike glove Leather for Harly style Motorcycle glove women man Motocross glove luva
*US $28.03*

ROCK BIKER Summer leather Motorcycle gloves Carbon Fiber Motocross Protective glove Men
*US $20.23*  3 sold

ROCK BIKER Leather Mo Pink Black Brown luva mo
*US $27.13*

2018 Retro Pursuit Real Leather Motorcycle Gloves Guantes Moto touch screen luva motociclista

SUOMY Waterproof Motorcycle Gloves Man Winter Warm Windproof Protective Gloves Guantes Ski

3 Colors motorcycle gloves leather summer motorcycle gear motor gloves men women luva

VEMAR Summer Motorcy Motocross racing glove G







Free Shipping Winter Keep Warm Balaclava
Motorcycle Riding Ski Snowmobile Mask Head Cover
**US $9.41**                                211 sold

2016 Motorcycle Helmet Inner Cap Coolmax Hat Quick
Dry Breathable Hat Racing Cap Under Helmet Beanie
**US $2.99**                                135 sold

Carbon Fiber Motorcycle Backpack MotoGP Racing
Bag Motocross Hard Shell Backpack Luggage BAG
**US $28.70**                               107 sold

SUOMY New Motorcycle
Touch Screen Winter War
**US $13.09**

# MOTORCYCLE JACKET

Winter, Summer, Waterproof, Mesh, Denim, Vest

LYSCHY Motorcycle Jacket Waterproof Drop Rally
Racing Jackets Oxford cloth Motocross Jacket Winter
**US $105.10**                              1 sold

2018 NEW Motorcycle Denim jacket Summer Mesh
Rider Casual Jacket Motorbike Chaqueta de mezclilla
**US $112.76**                              1 sold

MC Motorcycle suit motocross jacket sets Winter
Double Waterproof motorcycle pant Lining
**US $48.78**                               18 sold

SSPEC Mens Denim Moto
Summer Motorbike motoc
**US $63.24**

Motorcycle Cold-proof Waterproof Jacket RainProof
Mens Motocross Touring Adventure Suit
**US $73.10**                               3 sold

LYSCHY Motorcycle Jacket & Pants Waterproof
Motocross Riding Jacket Mesh Breathable
**US $52.04**                               1 sold

LYSCHY Motorcycle Racing Suit Summer Mesh
Motorcycle Jacket & Pants Moto Jackets Suit Men'
**US $63.38**

LYSCHY Motorcycle Jack
Motocross Riding Jacket I
**US $64.10**



NEW Arrival Moto Casual Denim Jacket Motorbike



LYSCHY Motorcycle Jacket Summer Winter Body



MC Brand Winter Motorcycle riding jacket Double



LYSCHY Motorcycle Jack





# MOTORCYCLE PROTECTOR

Knee Pads, Elbow Pads

VEMAR Motorcycle Knee Pads Kneepads Fireproof
PP Shell Kneepad Riding Motocross Slider
**US $30.17**                                        2 sold

Motorbike Kneepads and Elbow Pads Protector
Motorbike Anti-fall Protective Guards Sports Scooter
**US $15.80**

4pcs Top Quality Motorcycle Protective kneepad
Motocross Knee and Elbow Protector Protective Gear
**US $13.90**                                        2 sold

Motorcycle Knee Pads joe
knee & elbow Safety Guar
**US $19.88**

2018 Motorcycle Knee Pads Motorbike Knee
Protector MTB MX Bike Cycling Kneepad Guard For
**US $23.59**

2018 Motorcycle Knee Protector Fireproof
Motorcycle Knee Pads Scooter Skiing Cycling
**US $30.58**                                        1 sold

Fireproof Motorcycle Kneepad Men Protective Gears
Guard Winter Motorbike Knee Pads Protector
**US $41.55**                                        1 sold

4pcs Protective kneepad N
Protector Sports Scooter N
**US $10.03**

Fireproof Motocross Knee Pads Protector Motorcycle
Rider Leg Knee Protective Gear Drop-Resistant Sport
**US $30.08**                                        1 sold

4pcs Motorcycle Kneepad Knee And Elbow Pads
Protector Motocross Racing Knee Pads Off Road MX
**US $18.80**                                        13 sold

# MOTORCYCLE GOGGLES

Motocross glasses, kids glasses, Face Mask, Vintage











WWII Soldier helmet Motorrad

https://www.aliexpress.com/item/WWII-Soldier-helmet-Motorradhelm-DC

**Product Details** | Feedback (0) | Shipping & Payment | Seller Guarantees

US $37.62
★★★★★ (21)
32 orders

US $2.99
★★★★★ (74)
135 orders

US $13.09
★★★★★ (30)
92 orders

View More ▶

**Trending Products**

US $52.04
★★★★★

SSREC

US $29.97
★★★★★

SERMY

US $14.99
★★★★★ (7)
10 orders

**Net Weight:** 1000g±50g
**Certificates:** DOT
**Size:** M L XL XXL
**Suggestion Size:** M(55-56CM) L(57-58CM) XL(59-60CM) XXL(60-61CM)

**Features:**
Injection moulded ABS Shell for strength and durability;
EPS Impact Absorption Inner Liner;
Brand new interior padding design for maximum comfort;
Ventilation System for Optimum Circulation;

**Package Includes**

1\* Motorcycle Helmet

**Size Chart**

# How to choose??

S : 55–56 cm
M : 57–58 cm
L : 59–60 cm
XL : 61–62 cm
XXL : 63–64 cm

(With measuring tape parallel to the around back from the temple.)

(Please do not amount to the eyes or the top of the head)

**Pictures Show**

Recently Viewed ⌃









## Why choose SQDeal?

**SQDeal is the global online retailer with an affordable item for every hobby and lifestyle. Home improvement, electronics, toys, sports, gifts supplies: available worldwide at unbeatable prices. For convenient shopping and everyday savings, make SQDeal as a part of your daily life!**

Varies choices. Global sources with most competitive products.

Localize warehouses at United State, China etc...

Hassle-free quality check.

Fast Delivery. Easy tracking(www.17track.net/en).

Convenient & Friendly Customer Service



**Product Details** | Feedback (0) | Shipping & Payment | Seller Guarantees

Fast Delivery.
Easy tracking(www.17track.net/en).

Convenient & Friendly Customer Service

## SHIPPING

· WORLDWIDE SHIPPING. (Except some countries)
· Orders processed within 1-2 business days after the payment verification.
· We only ship to confirmed order addresses. Your order address MUST MATCH your Shipping address
· SERVICE TRANSIT TIME is provided by the carrier and excludes weekends and holidays. Transit times may vary, particularly during the holiday season.
· If you have not received your shipment within 20 days from payment, please contact us. We will track the shipment and get back to you as soon as possible with a reply. Our goal is customer satisfaction!

## RETURN&REFUND

· You have 7 days to contact us and 30 days to return it from the date it was received. If this item is in your possession more than 7 days, it is considered used and WE WILL NOT ISSUE YOU A REFUND OR REPLACEMENT. Shipping cost is bear by both seller and buyer in half.
· All returned items MUST BE in the original packaging and you MUST PROVIDE us with the shipping tracking number, specific reason for the return, and your po#.
· We will refund YOUR FULL WINNING BID AMOUNT, upon receipt of the item in its original condition and packaging with all components and accessories included, AFTER BOTH Buyer and Seller cancel the transaction from aliexpress. OR, you may choose to have a replacement

## FEEDBACK

If, for any reason you are not satisfied with your purchase, please contact us before leaving neutral or negative feedback. We will work with you to until you are satisfied.

### Please give us the best feedback, we'll be grateful.

Rate this transaction: ⭐⭐⭐⭐⭐ 5stars
Item is as described: ⭐⭐⭐⭐⭐ 5stars
The communication: ⭐⭐⭐⭐⭐ 5stars
The delivery speed: ⭐⭐⭐⭐⭐ 5stars

Contact us before leaving any negative feedback, we will try our best to solve your problems.

### Packaging Details

Unit Type: piece                          Package Weight: 1.0kg (2.20lb.)
Package Size: 30cm x 25cm x 25cm (11.81in x 9.84in x 9.84in)

### Transaction History

2 transactions in last 6 months.  Sort by latest

| Buyer | Transaction Information |
|-------|-------------------------|
| A4 R***. | 1 piece |

Recently Viewed







PayPal: Transaction Details

Summary   Activity   Send & Request   Wallet   Offers   Help                    LOG OUT

‹ Activity

**March 18, 2019**
广州市思偌�human电子商务有限公司                                              - $40.39
Payment

**Paid with**                                          **Seller info**
VISA x-5176                                             广州市思偌榕电子商务有限公司
You'll see "PAYPAL "GUANGZHOUSH GUA" on your card
statement.                                             **Invoice ID**
                                                       120201101341619031800851029_99637327536773
**Ship to**
Nicholas Yang                                          **Purchase details**
230 S. Clark St.                                        WWII Soldier helmet Motorradhelm DOT        $40.39
STE 552                                                 Approved Motorcycle Harley Retro Helmet
Chicago, IL 60604                                       motorbike Half Helmets + motocross
United States                                           Goggles M-XXL
                                                        Item #99637327536773
**Category**
Auto Supplies
                                                       **Total**                                   $40.39
**Transaction ID**
7NM78114KD084552A

      Print details

**Need help?**
If there's a problem, make sure to contact the seller        Report a problem
through PayPal by **September 14, 2019**. You may be
eligible for purchase protection.

HELP    CONTACT US    SECURITY    FEES    FEEDBACK

©1999-2019 PayPal, Inc. All rights reserved.        Privacy   Legal   Policy updates



















Product Details    Feedback (5)    Shipping & Payment    Seller Guarantees









https://trade.aliexpress.com/order_detail.htm?orderId=99706095293493

My AliExpress : Manage Or...

1. If your order does not arrive on 2019-05-18, you can apply for a refund by opening a dispute.
2. To extend the Buyer Protection for this order, please click here.

| | Select All | Product Details | Product Status | Options |
|---|---|---|---|---|
| | | Adult vintage Open Face Half Leather Helmet Harley Moto Motorcycle Helmets Motorcycle Motorbike Vespa<br>Properties: Color brown ; Size XL<br>(vicky guan) | Awaiting Receipt | Open Dispute |

**Confirm Goods Received**

**istics Information:**

| ernational Shipping mpany | Tracking Number | Remarks | Details |
|---|---|---|---|
| acket | LT452092140CN | | 2019.03.26 20:55 (GMT-7): Processed Through Facility<br>2019.03.25 21:20 (GMT-7): Arrival at Sorting Center<br>2019.03.25 20:16 (GMT-7): Despatch from Sorting Center<br>View More<br>Refresh<br>Tracking information is available within 5-10 days. You can track your order here ePacket. |

**View Delivery Detail**

| | Financial |

ore: **AHP HELMETS Store** ✉ Contact Seller    If you wish to leave the seller a message or view the message history, simply click here.

Contact Name : Ulry Penn
Address: 230 S. Clark St
Ste 552
Chicago, Illinois, United States
Zip Code: 60604
Mobile: 8473451332
Tel: +1-
Fax:

| oduct Details | Price Per Unit | Quantity | Order Total | Status | |
|---|---|---|---|---|---|
| Adult vintage Open Face Half Leather Helmet Harley Moto Motorcycle Helmets Motorcycle Motorbike Vespa<br>Color: brown<br>Size: XL<br>(vicky guan) | $ 30.00 | 1 piece | $ 30.00 | Awaiting Receipt | ePacket<br>Free Shipping<br>Estimated Delivery Time: 25-25 Days<br>Processing Time: 7 Days |

| | Product Amount | Shipping Cost | Total Amoun |
|---|---|---|---|
| | US $ 30.00 | US $ 0.00 | US $ 30.00 |

AliExpress Multi-Language Sites

Service, Disputes & Reports, Buyer Protection, Report IPR Infringement

by Category

r, Product, Promotion, Low Price, Great Value, Reviews

ogle Play    App Store

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Vietnamese, Arabic, Hebrew, Polish

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

Only secure content is displayed. What's the risk?    Show all content    ×





# Multiple item – claim

| Monday, March 18, 2019 | **Payment to Guan Wei Na** | $31.20 USD |
|---|---|---|

**Which items do you need to contact us about?**

☐ **99706095293493 – Adult vintage Open Face Half Leather Helmet Harley Moto Motorcycle Helmets Motorcycle Motorbike Vespa**

○ Didn't receive
○ Not as described

**What is the category of your purchase?**

○ Physical item
○ Digital good / service

Compose message to Paypal

**Submit**   cancel

Return to transaction

## Seller contact

Guan Wei Na
guanweina@126.com



HELP   CONTACT US   SECURITY   FEES

©1999-2019 PayPal, Inc. All rights reserved.   |   Privacy   Legal   Policy updates





# PICKED FOR YOU

Double head nail pen crystal beads handle rhinestone earrings pick crayon manicure nail

**US $3.60**
US $4.00 -10%

Diamond embroidery Flowers bees diamond painting cross stitch crafts diamond mosaic kit

**US $3.78**
US $7.56 -50%

Diamond DIY 5D Mosaic Tile Diamond Harley Moto Square Diamond / Round Cross

**US $1.80**
US $3.52 -49%

Full square/round diam painting Animal wolf em

**US $4.23**
US $7.56

5D DIY diamond painting painted sunflower mosaic embroidery cross stitch square / round

**US $4.61**
US $8.54 -46%

Full square/round diamond 5D DIY diamond painting animal dragon embroidery cross stitch

**US $4.78**
US $8.54 -44%

Full Square/Round Drill 5D DIY Diamond Painting "dog" 3D Embroidery Cross Stitch

**US $3.63**
US $6.60 -45%

5D DIY diamond paintir embroidery cross stitch

**US $4.78**
US $8.54

1 Pcs Diamond Painting Cross Stitch Culture Supplies Roller Plastic Roller Printed Glue Stick

**US $3.24**
US $6.00 -46%

5D DIY Diamond Embroidery Diamond Painting Full Square/Round Drill Flowers and butterfly 3D

**US $3.92**
US $7.00 -44%

Full SquareRound Drill 5D DIY Diamond Painting United States 3D Embroidery Cross Stitch

**US $4.56**
US $8.14 -44%

5D DIY diamond paintir mosaic embroidery cros

**US $4.78**
US $8.54





Double head nail pen crystal beads handle rhinestone earrings pick crayon manicure nail tool diamond painting tools

**US $3.60**                    20976 sold

Diamond embroidery Flowers bees diamond painting cross stitch crafts diamond mosaic kit full square rhinestone home

**US $3.78**                    533 sold

5D DIY Diamond Embroidery Diamon Square/Round Drill Wolf couple 3D Rh

**US $4.23**

5D DIY Diamond Embroidery Diamond Painting Full Square/Round Drill Castle & Owl 3D Rhinestone Home Decor

**US $4.23**                    194 sold

Diamond embroidery Elves bear 5d diamond painting full diamond mosaic picture of rhinestones cross stitch Christmas

**US $3.27**                    191 sold

5D DIY diamond painting painted sunfl embroidery cross stitch square / round

**US $4.61**

5D DIY Diamond Embroidery Diamond Painting Full Square/Round Drill Wolves 3D Rhinestone Home Decor HYY

**US $4.23**                    152 sold

5D DIY Diamond Embroidery Diamond Painting Full Square/Round Drill Elephant 3D Rhinestone Home Decor

**US $4.78**                    149 sold

Full square/round diamond 5D DIY dia birds & flower embroidery cross stitch

**US $4.78**





















**Items Include:** Drill,Canvas,Tray,Point Diamond Drill Pen,Glue,A4 paper,Box/Paper Package.
**Tips :** Please check carefully after you receive the goods,if have problem,please contract us.

Making steps



contract us.

1:Open your parcel,check the kits whether all the parts are complete or not.
2:Check the resin diamonds color and the corresponding color code.
3:Select a character (symbol),find the corresponding diamonds.
4:Use the pen to pick up diamond,put it on the corresponding position.
5:After finished, slightly press down diamonds with hand to keep them firmly attached.

### The Time Table of our Work time.

| Time Zone | Working Time |
| --- | --- |
| Beijing Time | 08:30 to 17:30 |
| Moscow Time | 03:30 to 12:30 |
| US Pacific Time | 17:30 to 02:30 |
| Dutch Time | 02:30 to 11:30 |

### About Shipping

| Country | Usually arrive time |
| --- | --- |
| Russian Federation | 15 ~ 23 days |
| Netherlands | 12 ~ 15 days |
| United States | 14 ~ 19 days |
| Spain | 13 ~ 17 days |
| France | 13 ~ 17 days |
| United Kingdom | 10 ~ 13 days |
| Ukraine | 16 ~ 21 days |
| Others | 15 ~ 30 days |

1.We ship by AliExpress Standard Shipping, AliExpress Premium Shipping, China Post Registered Air Mail, SPSR, Pony Express and DHL.

### Diamond Supplement Service

We will resend you any diamonds that you may lose.

### Some Other Service

1. If you have any questions, please feel free to contact us. And we will reply in 24 hours except weekends.
2. If any problems comes to you, please don't worry. You can contact us first. We promise we will try everything possible to help you.
3. Please pay attention to the time difference between us. We work in China.

### FAQ:

**1.Is the rhinestones round or square?**
Full Square/Round Drill DIY Diamond Painting All can be customized
**2.Is the diamond painting full or partial?**
Is Full Square/Round Drill DIY Diamond Painting
**3.Is the rhinestones enough?**
The rhinestones is enough. We put 30% extra diamonds in every bags of diamonds. And we provide Diamond Supplement Service.
**4.Do I need to pay for tariff?**
It depends on the tariff policy of your country. We usually fill in a lower declared price to help you avoid the tariff. If you have some special requirement, you can leave a message in the order or tell us directly.

### Note:

**1.Please fill in your full name including the first name,Middle name and last name while making the payment.**
**2.Please fill in your correct address including your apartment No,Street,City, Region and**



**Product Details**   Feedback (1)   Shipping & Payment   Seller Guarantees

1.Please fill in your full name including the first name,Middle name and last name while making the payment.
2.Please fill in your correct address including your apartment No,Street,City, Region and Country,Otherwise your parcel might probably be returned!
3.Cut out,make,measurement may cause size deviation (plus and minus1-2cm fluctuation),colour aberration is due to the monitors,weather,lighting and other factors,Pictures will have different color in different monitors but this does not affect the appearence of the painting,Please understand.
4.Our diamond painting are semi-finished, do not include frame. We will provide the diamond embroidery tools for your make. Although our products is not the cheapest, but the quality of our goods is the best! When you finish it, you can take pictures of your paintings and send it to us, we will share ti with other buyers all over the world.

### Feedback:

Your satisfaction and positive feedback is very important to us.Please leave positive feedback and 5 STARS. If you are satisfied with our items and services.PLEASE DO NOT leave us 1,2,3,4 stars, because they are equal to negative feedback. If you have any problems with our items or services, please feel free to contact us first before you leave negative feedback. We will do our best to solve any problems and provide you with the best customer services.

| Packaging Details | |
|---|---|
| Unit Type: piece | Package Weight: 0.6kg (1.32lb.) |
| Package Size: 45cm x 8cm x 8cm (17.72in x 3.15in x 3.15in) | |

## Transaction History

2 transactions in last 6 months.   Sort by latest ⬇

| Buyer | Transaction Information |
|---|---|
| R***. US | 1 piece 24 Apr 2019 19:31 |
| A***. BE | 1 piece 19 Jan 2019 08:04 |

‹ 1 ›

## More Products

### From This Seller

| US $3.78 ★★★★★ [217] 533 orders | US $4.40 ★★★★★ 2 orders | US $3.78 ★★★★★ [1] 4 orders | US $2.61 ★★★★★ [13] 45 orders | › |
|---|---|---|---|---|

### From Other Sellers











# Multiple item – claim

Wednesday, April 24, 2019    Payment to 义乌市焱灿工艺品有限公司                    $8.86 USD

**Which items do you need to contact us about?**

☐ 101182263736773 – 5D DIY Full Square Diamond Painting Cross Stitch \"Harley Motorcycles\" 3D Diamond Embroidery Mosaic Rhinestone Painting Decor

○ Didn't receive
○ Not as described

**What is the category of your purchase?**

○ Physical item
○ Digital good / service

Compose message to Paypal

[ Submit ]  [ cancel ]

Return to transaction

**Seller contact**

义乌市焱灿工艺品有限公司
435117098@qq.com

































































**Shipment**

1. We will send the goods within 3 business days after the full payment has been confirmed. If the payment is not available, your order will be closed automatically.

2. The buyers are responsible for any insurance ,problems and damage which caused by shipping service such accidents, delays or other issues. Besides the buyer should to be responsible for any tax and/or duty charged by their country.
And the goods will be Marked as "gift" or "sample" for your easy customs clearance and less charge. (if you want to declare the goods as other item name, or specify an value for custom, please inform us when making the order)

**Warranty and Guarantee**

1. All the goods are inspected before shipment, so if you are not satisfied with the purchase, you can exchange the items in one week and you must contact us within 24 hours of the receipt of your purchase

2. The shipping and handling charge is not refundable and customer should be responsible for all the charges of returning and reshipping.

3. All return items must be in its original conditions, including box and accessories. Men made defects are not guaranteed, such as broken, scratched and so on.

4. For any items,please send by EMS or your local post when send back.

**Feedback**

1.Buyer's early confirmation will be highly appreciated after receiving the items.

2.Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute,but this 1 minute has the extremely vital significance to us.

3.Please contact us before leaving any negative or neutral feedback. We will work with you to solve any problems. Thank you for your understanding!



**Product Details** | Feedback (0) | Shipping & Payment | Seller Guarantees

1.Buyer's early confirmation will be highly appreciated after receiving the items.

2.Since your feedback is very important to our business's development, we sincerely invite you to leave positive feedback for us if you are satisfied with our product and service. It'll just take you 1 minute,but this 1 minute has the extremely vital significance to us.

3.Please contact us before leaving any negative or neutral feedback. We will work with you to solve any problems. Thank you for your understanding!

**Packaging Details**

Unit Type: piece                          Package Weight: 0.035kg (0.08lb.)
Package Size: 2cm x 2cm x 2cm (0.79in x 0.79in x 0.79in)

## Transaction History

3 transactions in last 6 months.    Sort by latest

| Buyer | Transaction Information |
|---|---|
| K***,  US | 1 piece  31 Mar 2019 22:05 |
| N***,  US | 1 piece  05 Feb 2019 20:03 |
| A***,  TR | 1 piece  22 Jan 2019 23:42 |

‹ 1 ›

## More Products

**From This Seller**

US $1.57 ★★★★★ (5)  4 orders

US $1.57 ★★★★★ (7)  17 orders

US $1.57 ☆☆☆☆☆  2 orders

US $1.57 ★★★★★ (2)  109 orders

**From Other Sellers**

US $1.99 ★★★★★ (18)

US $1.96 ★★★★★ (34)

US $4.12 ★★★★★ (3)

US $21.30 ★★★★★ (5)







https://trade.aliexpress.com/order_detail.htm?orderId=100375346930085

My AliExpress : Manage Or...

1. If your order does not arrive in **2019-06-01**, you can apply for a refund by opening a dispute.

2. To extend the Buyer Protection for this order, please **click here**.

| Select All | Product Details | Product Status | Options |
|---|---|---|---|
| ☐ | Infinity Love Harley love Motorsport fans Wrap Bracelet Black Silver gold Suede Leather Bracelets<br>Properties: Metal Color Gold-color<br>(Eagle Zhong) | Awaiting Receipt | Open Dispute |

**Confirm Goods Received**

istics Information:

| rnational Shipping mpany | Tracking Number | Remarks | Details |
|---|---|---|---|
| na Post Ordinary Small cket Plus | UR307140102CN | | 2019.04.03 19:04 (GMT-7): Shipment accepted by airline<br>2019.04.03 19:01 (GMT-7): Shipment at country of origin warehouse<br>2019.04.03 19:01 (GMT-7): Shipment left country of origin warehouse<br>View More<br>Refresh |

Tracking information is available within 5-10 days. You can track your order here China Post Ordinary Small Packet Plus.

**View Delivery Detail**

| rder | Financial |
|---|---|

ore: **Angelove Trendy Store**    Contact Seller

If you wish to leave the seller a message or view the message history, simply click here.

Contact Name: Burt Hayes
Address: 230 S Clark St Ste 552
Chicago, Illinois, United States
Zip Code: 60604
Mobile: 312-330-4436
Tel: +1-
Fax:

| roduct Details | Price Per Unit | Quantity | Order Total | Status | |
|---|---|---|---|---|---|
| Infinity Love Harley love Motorcycle rider Motorsport fans Wrap Bracelet Black Silver gold Suede Leather Bracelets<br>Metal Color: Gold-color<br>(Eagle Zhong) | $ 1.40 | 1 piece | $ 1.40 | Awaiting Receipt | China Post Ordinary Small Packet Plus<br>Free Shipping<br>Estimated Delivery Time: 34-34 Days<br>Processing Time: 7 Days |

| | Product Amount | Shipping Cost | Total Amoun |
|---|---|---|---|
| | US $ 1.40 | US $ 0.00 | US $ 1 40 |

**AliExpress Multi-Language Sites**

Russian  Portuguese  Spanish  French  German  Italian  Dutch  Turkish  Japanese  Korean
Vietnamese  Arabic  Hebrew  Polish

**Alibaba Group**

Alibaba Group Website  AliExpress  Alimama  Alipay  Fliggy  Alibaba Cloud  Alibaba Intern
AliTelecom  DingTalk  Juhuasuan  Taobao Marketplace  Tmall  Xiami  AliOS  1688

by Category

r  Product  Promotion  Low Price  Great Value  Reviews

ogle Play    App Store

Only secure content is displayed.    What's the risk?    Show all content







Men's Jeans 2018 New Hole Small Feet Straight Stretch Ripped Jeans for Men Streetwear Denim Hip Hop Men

**US $178.95**

Men's Summer Denim Shirt Men's Youth Fashion Cotton Casual Slim Long Sleeve Shirt Ropa De Hombre 2018

**US $173.93**

Black Hole Jeans Men's Slim Patch De Jeans Men Streetwear Men Clothes 20

**US $184.57**

2019 New Jeans Men's Stretch Fashion Black Denim Trousers Men's Feet Hip Hop Distressed Jeans Streetwear Denim

**US $173.93**

New Jeans Men's Spring and Autumn Models Slim Hole Dark Trousers Irregular Streetwear Ropa De Hombre 2018 Hiphop

**US $173.93**

2018 Spring and Summer New Men's Jacket Men Shirt Long Sleeve Streetw

**US $173.40**

Men's Jeans Straight Stretch Fashion Slim Pants Casual Feet Slim Men's Denim Trousers Streetwear Men Clothes 2018 Hip

**US $176.78**

Embroidered Hole Boy Jeans Trend Male Small Straight Tight Irregular Skinny Jeans Men Hip Hop Denim Clothes

**US $135.92**

2019 New Men's Jeans Hole Pure Blac Trousers Feet Skinny Jeans Men Hip E

**US $101.79**

Ao Mi Ke Rong Official Store - ×  +

https://www.aliexpress.com/store/521819

Men's Jeans Straight Stretch Fashion Slim Pants Casual Feet Slim Men's Denim Trousers Streetwear Men Clothes 2018 Hip

**US $176.78**

Embroidered Hole Boy Jeans Trend Male Small Straight Tight Irregular Skinny Jeans Men Hip Hop Denim Clothes

**US $135.92**

2019 New Men's Jeans Hole Pure Blac Trousers Feet Skinny Jeans Men Hip E

**US $101.79**



2019 New Men's Denim Trousers Fashion Black Gray Jeans Men's Trousers Streetwear Ripped Jeans for Men Hip Hop

**US $84.35**

2019 Spring and Summer Men's Jeans Slim Hole Small Straight Casual Comfortable Long Pants Streetwear Mens Skinny Jeans

**US $99.17**

2018 New Spring and Summer Men's Men's Low Waist Casual Ripped Jeans

**US $95.98**







New Stewardess Hat Front Ceremonial Stage Hat Band Cap Fedora Hat for Woman Fascinators for Women Elegant

**US $8.93**

women\x27s belt Punk Corn Eyes Dark Pattern Hippie Wind UP Leather Belt cinturon mujer belts for women ceinture femme

**US $9.36**

men\x27s t\x2dshirt Men's fashion pers t-shirt long sleeve sexy home shirt

**US $14.56**











Fashion turtleneck sleeveless thread knitted high-elastic sexy slim strapless racerback knitted top basic

*US $28.49*

Men's Casual T-shirt Solid Color Fashion Large V-neck Long-sleeved Slim T-shirt Bottoming Shirt Six-color

*US $17.76*

Paillette Costume Jazz Dance Costume Dj Costume Mirror Dress Beyonce Ra

*US $28.94*



Men's Casual T-shirt Men T\x2dshirt Camisetas Hombre Stranger Things Summer Top Harajuku Long Sleeve T Shirt

*US $17.97*

Men's Sexy Underwear Patent Leather Vest Skinny Leather Bar Stage Performance Short-sleeved Clothes Erotic Lingerie

*US $17.49*

Sweatshirt Hooded Men's Jacket Men Solid Men Clothes 2018 Hip Hop Hoo

*US $18.20*



Women\x27s Belt Punk Corn Eyes Dark Pattern Hippie Wind UP Leather Belt Cinturon Mujer Belts for Women Ceinture

*US $18.20*



Railway Big Cap High-speed Rail Train Attendant Hat Conductor Security Big Hat Cap Uniform Men and Women

*US $22.09*

Women's spring and summer fashion ro pattern sexy low-cut skull short design

*US $22.46*

Ao Mi Ke Rong Official Store - ✕ +

https://www.aliexpress.com/store/521819







Men's Casual T-shirt Men T\x2dshirt Camisetas Hombre Stranger Thngs Summer Top Harajuku Long Sleeve T Shirt

*US $17.97*

Men's Sexy Underwear Patent Leather Vest Skinny Leather Bar Stage Performance Short-sleeved Clothes Erotic Lingerie

*US $17.49*

Sweatshirt Hooded Men's Jacket Men Solid Men Clothes 2018 Hip Hop Hoo

*US $18.20*







Women\x27s Belt Punk Corn Eyes Dark Pattern Hippie Wind UP Leather Belt Cinturon Mujer Belts for Women Ceinture

*US $18.20*

Railway Big Cap High-speed Rail Train Attendant Hat Conductor Security Big Hat Cap Uniform Men and Women

*US $22.09*

Women's spring and summer fashion ro pattern sexy low-cut skull short design

*US $22.46*

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

 Google Play   App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Law Enforcement Compliance Guide © 2010-2019 AliExpress.com. All rights reserved.

















https://www.paypal.com/myaccount/transactions/details/5BU249055A006443E ▾ 🔒 PayPal, Inc. [US] C | Search... 🔎 ▾ | ⋔ ☆ ⚙ 🙂

PayPal: Transaction Details

PayPal | Summary | Activity | Send & Request | Wallet | Offers | Help | 🔔 ⚙ LOG OUT

‹ Activity

**May 3, 2019**
麻城博航商贸有限公司
Payment

– $71.59

**Paid with**
VISA x–5176
You'll see "PAYPAL *PAYPAL MCBH PAY" on your card statement.

**Ship to**
Ulrich Penn
230 S. Clark St
Ste 552
Chicago, IL 60604
United States

**Category**
Clothing

**Transaction ID**
5BU249055A006443E

🖨 Print details

**Seller info**
麻城博航商贸有限公司

**Invoice ID**
120201101151219050300800034_101614759673493

**Purchase details**
Punk Men's Leather Motorcycle Slim          $71.59
Harley Leather Jacket Chaqueta De Cuero
Para Hombre Men Leather Jackets Jackets
and Coats
Item #101614759673493

**Total**                                   **$71.59**

**Need help?**
If there's a problem, make sure to contact the seller through PayPal by **October 30, 2019**. You may be **eligible for purchase protection.**

⚠ Report a problem

HELP    CONTACT US    SECURITY    FEES    FEEDBACK

©1999-2019 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates



# Multiple item - claim

Friday, May 3, 2019 · **Payment to 麻城博航商贸有限公司** · $71.59 USD

Which items do you need to contact us about?

☐ **101614759673493 – Punk Men's Leather Motorcycle Slim Harley Leather Jacket Chaqueta De Cuero Para Hombre Men Leather Jackets Jackets and Coats**
  ○ Didn't receive
  ○ Not as described

What is the category of your purchase?
  ○ Physical item
  ○ Digital good / service

Compose message to Paypal

[ Submit ]  [ cancel ]

Return to transaction

**Seller contact**

麻城博航商贸有限公司
649366499@qq.com



HELP   CONTACT US   SECURITY   FEES   FEEDBACK

©1999-2019 PayPal, Inc. All rights reserved.  |  Privacy  Legal  Policy updates











5.75inch LED Headlight For Harley Motorcycle Tour Super Bright 72W Motorcycle Daymaker Headlamp projector

**US $39.99**

For Jeep Wrangler Turn Signal Lights Gray Five Star LED for Jeep Accessories J JKU & Unlimited 2007-2017

**US $22.45**

Harley Headlight 5.75 inch Daymaker LED Driving Lights For Harley 883 Iro

**US $39.99**

2019 Newest 5D 5.75INCH LED HEADLIGHT Daymaker for Harley Davidson Dyna Sportster Iron 883 72W LED

**US $39.99**

For Jeep JK Super Bright Tail Light Reverse light Real Back Up Turn Signal Lamp LED Tail Lights for Jeep Wrangler

**US $98.10**

2019 Years New Smoke LED Taillight 2015-2019 Harley Davidson Ultra Lim

**US $44.99**

Applicable to Harley motorcycle LED rear tail light Fatty 883 1200 Gliding rear tail light Brake light

**US $44.99**

LED 40w Motorcycle Work Driving Light Spot Beam Fog Lamp For Car Off road Motorcycle Boat ATV UTV

**US $16.92**

20W 3inch LED Spot Work Light Driv Motorcycle Atv LED Light working 12

**US $13.50**



SHOP NOW

## BEST SALE



4" Inch Amber Yellow 60W LED Fog Lights For Jeep
Wrangler 97-2018 JK TJ LJ Off Road Fog Lamps

*US $17.85*  64 sold



For BMW HP4 S1000R S1000RR S1000XR R1200GS
R1200R R1200RS Motorcycle Front or Rear LED Turn Signal

*US $8.39*  58 sold



7" 80W Motorcycle LED Headlight Ar
Signal Halo DRL for Harley-Davidson

*US $16.11*



AtubeixMotoCar Store - Small

https://atubeix.aliexpress.com/store/3473011

4" Inch Amber Yellow 60W LED Fog Lights For Jeep
Wrangler 97-2018 JK TJ LJ Off Road Fog Lamps

**US $17.85**     64 sold

For BMW HP4 S1000R S1000RR S1000XR R1200GS
R1200R R1200RS Motorcycle Front or Rear LED Turn Signal

**US $8.39**     58 sold

7" 80W Motorcycle LED Headlight An
Signal Halo DRL for Harley-Davidson

**US $16.11**

4.5 inch 60W with bracket led fog light, led work light Round
for Jeep wrangler Harley motorcycle led passing fog light bike

**US $13.65**     37 sold

Black V-Rod Muscle Night Rod LED Motorcycle Headlight
For Harley V Rod VRSCF VRSC VRSCR 2002-2017

**US $68.27**     35 sold

Smoke LED Tail Light For Harley Spo
Road King Low Rider/sportster softail

**US $19.80**

Dual A-Pillar Light Brackets Dual Lower Windshield LED
Work Light Mounts Kit For 2007-2017 Jeep Wrangler JK /

**US $10.79**     31 sold

5.75 inch LED Daymaker Headlight Housing Mounting Bracket
Black for Harley Davdson 2004-2014

**US $21.82**     25 sold

Red

Amber left

Red 12V 30W Aftermarket LED Tail I
Replacement for Harley Davidson Mot

**US $11.34**









**Item specifics**

| | | | |
|---|---|---|---|
| Brand Name: Atubeix | | Item Type: Headlight Assembly | |
| Wattage: 45W | | LED Chip: C/ree | |
| Voltage: 12-30V | | Power: 48w on high beam, 30w on low beam | |
| Color Temperature: 6000K-6500k | | Lumen: 4000LM on high beam, 2800LM on low beam | |
| Product dimension: 5.75" | | Product height: 9cm | |
| Waterproof level: IP65 | | Material: Diecast Aluminum Housing | |
| Lifespan: 50000 hours | | | |

**Product Description**

# Wholesale Motorcycle Projecotor Harley Daymaker 5-3/4" 5.75 inch LED Headlight Harley Dyan Motorcycle Bullet Headlight

## Specification

| Power | 45W |
|---|---|
| Voltage | 12-30V DC |
| Color | Black/Chrome |
| Material | Aluminium housing |
| Beam | high30w low45w beam |
| Size | 5.75 inch |
| Usage | Headlight |
| Waterproof | IP67 |
| Warranty | 1 year |
| Life span | 30000 hours above life time |
| Lumen | High3800lm/ Low2800lm |
| Size | 5 3/4" |

Size Picture

## Compatibility

'06-'11 VRSCD and VRSCDX,
'15-later XG,
'04-later XL,
'09-'13 XR,
'91-later Dyna (except FLD and '91-'05 FXDWG),
'84-'99 FLSTS and FXSTS,
'08-'11 FLSTSB,
'05-'06 FLSTSC,
'10-12 FLSTSE,
'00-later FXCW, FXCWC, FXS, FXSB, FXSBSE, FXST, FXSTB, FXSTC and FXSTD models.
Some models require Vibration Damper P/N 67700059 or Housing Kit P/N 67700093.
*Not fit for 2002 Harley Davidson Sportster, 2007 Harley Davidson Vrod, Harley V-rod Muscle VRSCF, 2017 Iron 883

Products Pictures









Brighter Picture









Other Model if you like as below,



**Product Details**    Feedback (0)    Shipping & Payment    Seller Guarantees

1 Pair Black 4.5" Inch LED Fog Lights 6000K Whit
**USD 36.78**/pair

Led Fog Lights Passing Lamps 4.5inch Round Aux
**USD 41.16-42.84**/pair

6 Lens 5.75" Headlight 5 -3/4" 5.75" LED Projectio
**USD 35.14-36.91**/piece

7 inch Round Headlight Ring Mounting Bracket for
**USD 15.29**/piece

Motorcycle Daymaker 4.5 inch LED Passing Light Fo
**USD 36.78**/pair

4 lens Projector 7" LED Headlight For Harley Davi
**USD 34.84-36.25**/piece

5 3/4" 7" LED Headlight Wire Harness Adapter F
**USD 7.19**/piece

7" Round Harley Daymaker LED Headlight for Harl
**USD 36.25**/piece

---

— Buyer always want to know and need to Notice —

**1. Please note**

Make sure your name, full address, including city, street, zip code is correct, if the wrong the address or zip code lead the parcel to return, we can not bear any responsibility.

**2. How fast we can receive the goods**

It will depend on the shipping method, ( We delivery order after receiving AliExpress notice within 3days)

1), AliExpress Standard shipping 15-35days sometimes it will be longer, maybe delay to 60days Normally no custom duty

2), Post Mail / Russia Air 35-60 days Russia and Brazil sometimes more 90days Normally no custom duty

3), Express: Russia Express-SPSR, AliExpress Premium Shipping, AliExpress PUDO Shipping (DHL/UPS/FEDEX/EMS/Aramex /TNT, ) sometimes it has duty

**3. About tariff:**

1), we will do our best to help our buyers to minimize the risk of paying taxes.

If clients have not defined their requirement, we will declare 10%-30% of the total order. Normally, it is in tax-free range. But please note that we cannot guarantee that all parcels are not required to pay customs duties.

2), According to the rule of Ali, buyers have the duty to clear the custom and get the parcel, if the parcel produces tariff, please pay for the tax, and we will not be responsible for any taxes.

3) About the DHL delivery:

In our AliExpress store listing price, not including DHL remote costs, tariffs, or receive any commission by DHL customs clearance and warehousing costs.

**4.About Item Refund**

1). Defective or wrong item will be offered replacement or refunds after offering the pictures to prove it.

Order unfinished, a refund will be offered through the dispute.order finished, a refund will be offered by PayPal.

2).you can return any products you have bought, even these in perfect condition.but the buyer needs to pay the return shipping costs.

3). In all cases, buyers pay shipping fees at their own cost to return products for exchange or refund.

We will be responsible for the postage of replacements. Refund will be made upon receipt of the returned item.

5 star praise is your affirmation of us, it will make us better!!!

If you have more questions with our products or more questions of how to buy, Please contact us us AliExpress email or Aliwangwang. We will reply you on time.

**BRAND INTRODUCTION**

Atubeix, established in 2017 a professional manufacturer and exporting LED lights, Ha

Recently Viewed











< Activity

**March 7, 2019**
ZHULISI                                                         - $36.40
Payment

**Paid with**                           **Seller info**
VISA x-5176                             ZHULISI
You'll see "PAYPAL *ATUBEIX ATUBEIX" on your card      http://www.atubeix.aliexpress.com
statement.
                                        **Invoice ID**
**Ship to**                             99621913183493
Tracy Penn
230 S. Clark St                         **Purchase details**
Ste 552                                 Wholesale Motorcycle Projecotor Harley      $36.40
Chicago, IL 60604                       Daymaker 5-3/4" 5.75 inch LED Headlight
United States                           Harley Dyan Motorcycle Bullet Headlight
                                        Item #99621913183493
**Category**
Auto Supplies                           _____

**Transaction ID**                      Total                                      $36.40
71U60886G2844821X

  Print details

**Need help?**
If there's a problem, make sure to contact the seller      Report a problem
through PayPal by **September 3, 2019.** You may be
eligible for purchase protection.

HELP   CONTACT US   SECURITY   FEES   FEEDBACK

© 1999-2019 PayPal, Inc. All rights reserved.          Privacy   Legal   Policy updates































- Super Glide II - 1982 to 1985
- Convertible - 1989 to 1993
- Custom - 1985
- Disc Glide - 1984
- Electric Start - 1974 to 1984
- Fat Bob - 1979 to 1985
- Kick Start - 1971 to 1978
- Low Rider - 1982 to 1993

V-Rod
- Night Rod - 2012+

TRIUMPH
- Scrambler - 2006 to 2015
- Speed Triple - 2005 to 2010
- Speed Triple - 2006 to 2011
- Street Triple R - 2006 to 2011

Thunder-bird
- Thunder-bird - 2009+
- Commander - 2014+
- Storm - 2010+

Detailed Images







Product Details    Feedback (4)    Shipping & Payment    Seller Guarantees

## Shipment

1.Orders will be shipped within 3 business day after payment cleared. All items will be tested in advance before sending out.

2.Processing time would be extended if there is hot shopping season,anything please contact wit us.

3.If the goods arrived local produce tariffs, need to customers pay.

4.If your city is remote areas. we will send other shipping or China post( delivery 30-60 days).

if you still requirements send Expedited Shipping. we will charge the Remote fee

Please contact us for logistics.

Return&Warranty



For Harleys Lights 5 3/4

https://www.aliexpress.com/item/For-Harleys-Lights-

Product Details | Feedback (4) | Shipping & Payment | Seller Guarantees

**Return&Warranty**

1.we do 1 year warranty for customer after you received goods.

2.If the item is defective in 2 months,we will send replacement without extra change or give refund after we receive the defective item.

3.If the item is defective after 3 months,you can also send the defective item to us.We will send a brand new one to you after we receive the defective item.But you have to pay extra shipping fees.

Evidences Guide:

1.Photos of the broken lights:

You will be required to take clear photos and email us.the photos should include the bulb with powder on and with powder off.

2.Videos of the broken lights:

Photos are not able to prove the led lamp are defective,a video is required.Please connect the bulb with 12v powder adapter and show us in the video that you have connected the bulb correctly with the powder cords.

**Payment**

Generally,we accept the following payment ways:credit card,t/t,western union ,paypal.
And our protection only gives the payment ways accepted by aliexpress platform

WESTERN UNION MONEY TRANSFER | PayPal | VISA

**Feedback**

Satisfaction please give us 5 points
You will get 1$ in your next order after you give us 5 Stars.
You have my word!

We depend on your support and satisfaction to success, please kindly fight every star. If you have any dissatisfaction, we will give you a perfect answer. Thank you.

item as described : ★★★★★ 5.0    Good quality and satisfied
service attitude : ★★★★★ 5.0    The seller service is very good
shipping speed : ★★★★★ 5.0    The seller delivery speed good fast!

Recently Viewed













50Pcs Wholesale Pink Color Resin Rose Flower Shape Spacer Beads Cameos Jewelry Making 28x27mm

**US $0.15**     2 sold

20Pcs Ancient Silver Tone Diamond Shape Hollow Metal Pendants For Bracelets Fashion Craft Jewelry DIY Findings

**US $0.23**     1 sold

2Pcs Antique Silver Tone Hollow Phoe For Wrap Scarf 38x34mm

**US $1.92**

20Pcs Silver Tone I Love Music Metal Pendants For Bracelets Craft Jewelry Accessoris DIY Findings Charms 18x18mm

**US $0.21**     1 sold

50Pcs Antique Bronze Tone Cute Ghost Soul Halloween Pendants For Bracelets DIY Craft Charms Fashion Jewelry

**US $0.08**     1 sold

Bag Parts & Accessories
Metal Frames, Rivets, Buckles, etc, Choose the One you like & DO





**New Arrivals**

50Pcs New Silver Tone Metal Mini Snap Press Button Round Cabochon Setting DIY Bracelets Necklaces
**US $0.06**

1 Set Silver Tone Round Metal Snap Magnetic Clasp For Necklace 33x28mm Fit 18mm Snap Press Buttons
**US $3.94**

10 Sets Silver Tone Metal Copper Charms Jeans Snap Buttons Press 19mm 18mm 15mm DIY Men Women
**US $0.43**

2 Sets Silver Tone Smooth Tips 32x19mm Fit 18mm Sn
**US $1.65**

2 Sets Antique Silver Tone Metal Tips Snap End Caps 31x19mm 17x7mm Fit 18mm Snap Press Buttons DIY
**US $1.69**

6Pcs Silver Tone Round Metal Copper Snap Setting Connectors 26x19mm Fit 18mm Snap Press Bottons
**US $1.41**

2Pcs Fashion Silver Tone Round Snap Setting Cuff Links 28x19mm Fit 18mm Snap Press Buttons Fashion
**US $1.60**

Black Real Leather Drop B 38x34mm Fit 18mm Snap Pr
**US $2.66**

2Pcs Silver Tone Charms Snap Earrings Wire Hooks Drop Round Pendants 31x12mm Fit 12mm Mini Snap
**US $1.83**

7 Wholesales Mixed Blue Brown Khaki Real Leather Snap Charm Pendants 35x25mm Breloque Fit 18mm
**US $1.30**

Hot New DIY Silver Tone Multicolor Rhinestone Charm Snap Pendant Shape Heart 41x31mm Fit 18mm
**US $3.34**

New Silver Tone Clear Rhi Animal Snap Pendant 57x2
**US $3.37**



US $1.83

US $1.30

US $3.34

US $3.37

1Pc Mixed Rhinestones Round Sunflower Snap Charms Pendant 54x41mm Fit 18mm Snap Press

3Pcs New Silver Tone Copper Snap Rings Bagues 25x21mm Fit 12mm Mini Snap Buttons Wholesale

3Pcs Wholesale Silver Tone Round Metal Copper Snap Rings Bagues Size 8(18mm) Fit 18mm Snap Press

2Pcs New Silver Tone Adj Bagues Size 8 Fit 18mm Sn

US $3.84

US $1.27

US $1.48

US $3.69

White Real Leather Copper Rectangle Key Chains Lobster 14.5x3.1cm Fit 18mm Snap Press Buttons 4

24Pcs Mixed Random Fashion Press Snap Bracelets Bangles Bands Fit Mini Snap Button 12mm Fastener

Wholesales 60Pcs Mixed Random Fashion Snap Bracelets Bangles Bands Fit Snap Button 18mm

Wholesales Mixed Randor Bracelets Bangle Band Fit

US $2.92

US $2.28

US $1.91

US $3.43

30Pcs Pendants For Bracelets Antique Bronze Tone Round Two Holes Cute Gearwheel Metal Connectors

10Pcs Antique Bronze Tone Elk Deer Antlers Buckhorn Animal Metal Pendants For Necklaces DIY

10Pcs Wholesale Black Handmade Terylene Twist Cord Necklaces Colliers DIY Men Women Unisex

36Pcs Mixed Colors Rando Snap Bracelets Bangle 24c

US $0.14

US $0.43

US $0.32

US $1.64



Beads House - Small Orders On...    https://www.aliexpress.com/store/412124

24Pcs Wholesale DIY Mixed Random Real Leather Children Snap Bracelets Bangle Band 20cm Fit Mini
**US $1.57**

100Pcs Mixed Random Patterns Colors Perles Charm European Beads Glass Spacers Big Hole Fit DIY
**US $0.13**

500Pcs Mixed Random Patterns Round Glass Charms Copper Snap Buttons 18mm For Snap Bracelets
**US $0.25**

150Pcs Mixed Patterns Ro Mini Snap Buttons 12mm
**US $0.19**

# Beads Findings

50Pcs Silver Tone Round Circle Metal Spacer Beads Frames Jewelry Diy Findings 13mm Dia.
**US $0.11**    3 sold

50Pcs Silver Plated Tag Glue on Bail Pendants Fashion Jewelry Findings 21x7mm
**US $0.09**    7 sold

50Pcs Silver Tone Flower Floral Carved Bail Beads For Wrap Scarf Jewelry Finding 23x23mm
**US $0.28**    7 sold

900Pcs Mixed Rondelle Tu Beads Jewelry Diy Charms
**US $0.01**

20Pcs Mixed Cute Resin Biscuits Cake Ice Cream Donuts Shape Pendants Jewelry Making Findings
**US $0.23**    5 sold

Free Shipping 10Pcs Ball No Hole Round Natural Wood Beads Crafts 30mm
**US $0.46**    4 sold

150Pcs Copper Spacer Beads Square Silver Tone Jewelry Component 8mm×8mm( 3/8"× 3/8")
**US $0.09**    4 sold

500Pcs Silver Tone 4 Petal Jewelry Diy Making Findi
**US $0.01**



25 Sets Silver Tone Cat Animal Metal Beads Caps Jewelry Findings 13x16mm 13x14mm (Fit 10mm-12mm
**US $0.56**    4 sold

10 Sets Silver Tone Snow Man Metal End Beads Caps Jewelry Findings 13x8mm 11x10mm (Fit 10mm Beads)
**US $0.29**    4 sold

10 Sets Silver Tone Cute Frog Animal Metal End Bead Caps Jewelry Findings 15x9mm (Fit 10mm Beads)
**US $0.29**    4 sold

50Pcs Gold Plated Hollow Spacer Beads Fit European
**US $0.08**

30Pcs Natural Color Round Ball No Hole Wood Beads Fashion Jewelry Diy Findings 20mm(6/8") Dia.
**US $0.16**    3 sold

5 Sets Bronze Tone End Beads Caps Metal Toggle Clasps For Necklaces Jewelry DIY Findings 33x10mm
**US $0.92**    3 sold

5000Pcs Silver Tone Tiny Cute Star Metal Spacer Beads Jewelry Making Findings Component Charms
**US $0.01**    3 sold

200Pcs Silver Tone Tiny S Making Findings Charms
**US $0.02**

10 Sets Silver Tone Tea Set Teapot Metal End Bead Caps Jewelry Findings 21x12mm (Fit 10mm Beads)
**US $0.30**    2 sold

20Pcs Silver Tone Baseball Sports Metal Spacers Beads Fit European Charms Bracelets Jewelry DIY
**US $0.23**    2 sold

30Sets Silver Tone Screw End Tip Caps Fit 1mm Bubble Gum Chokers Necklaces Jewelry Diy Findings
**US $0.16**    2 sold

200Pcs Silver Plated Bail S Charm Bracelet Jewelry M
**US $0.04**

10 Pcs Silver Tone Pattern Carved Bail Beads for Wrap Scarf Jewelry Making Findings 4cm x 3.8cm
**US $0.94**    2 sold

1000Pcs Silver Plated Round Ball Smooth Alloy Spacer Beads Jewelry DIY Findings Component 6mm
**US $0.01**    2 sold

2100Pcs Hematite Round Loose Beads Fashion Jewelry 6mm(1/4")
**US $0.02**    2 sold

450Pcs Natural Color Rou Beads Jewelry Making Fin
**US $0.09**



US $0.94    2 sold    US $0.01    2 sold    US $0.02    2 sold    US $0.09

100Pcs Silver Plated Flower Pattern Hollow Metal Bail Spacer Beads Jewelry DIY Findings 11x5mm
US $0.06    2 sold

10 Sets Silver Tone Teapot Tea Set Metal End Bead Caps Jewelry Findings 19x15mm (Fit 10mm Beads)
US $0.29    2 sold

100Pcs Red Tiny Square Dice Acrylic Spacer Beads Fashion Jewelry DIY Findings Charms 6x6mm
US $0.03    2 sold

300Pcs Silver Tone Teardrop Jewelry Making Component
US $0.05

## Stainless Steel Findings

100 Pcs Silver Tone Round Stainless Steel Blank Stamping Tags Pendants Jewelry Making Component
US $0.27    15 sold

60Pcs Silver Tone Dog Bone Animal Blank Stamping Tags Stainless Steel Pendants Jewelry Findings
US $0.34    7 sold

50Pcs Silver Tone Round Stainless Steel Blank Stamping Tags Pendants Jewelry DIY Component
US $0.26    5 sold

100Pcs Silver Tone Stainless Steel Pendants Blank Stamping
US $0.15

50 Pcs Silver Tone Round Smooth Blank Stamping Tags Pendants Jewelry DIY Component Charms
US $0.38    5 sold

20Pcs Silver Tone Dogs Bone Animal Blank Stamping Tags Stainless Steel Pendants Jewelry Findings
US $0.37    4 sold

2500Pcs Wholesales Silver Tone Stainless Steel Open Jump Rings Fashion Charms Jewelry Findings 6mm
US $0.01    3 sold

100Pcs Rectangle Blank Stainless Steel Connectors Connect
US $0.27





200Pcs Silver Tone Stainless Steel Eye Pins 4cm Fashion Jewelry Making
**US $0.03**    1 sold

100Pcs Silver Tone Stainless Steel Earring Wire Hooks Ear Jewelry Charms 23x22mm
**US $0.06**    1 sold

2500Pcs Silver Tone Cercle Round Split Open Stainless Steel Jump Rings DIY Jewelry Making
**US $0.01**    1 sold

20Pcs Silver Tone Flower ( Hollow Stainless Steel Cor
**US $0.22**

500Pcs Ball Head Pins Silver Plated Copper Jewelry DIY Making Findings 0.5x25mm 24 gauge
**US $0.01**    1 sold

500Pcs Eye Pins Silver Plated Alloy Handmade Jewelry DIY Findings 28x0.7mm
**US $0.01**    1 sold

100Pcs Silver Tone Heart Four Leaf Clover Love Hollow Stainless Steel Connectors Fashion Jewelry
**US $0.15**    1 sold

100Pcs Silver Tone Bone S Jewelry Craft DIY Finding
**US $0.29**

30Pcs Silver Tone Round Donut Stainless Steel Pendants Jewelry DIY Findings Charms 30mm(1
**US $0.37**    1 sold

50Pcs Silver Tone Round Blank Stamping Tags Stainless Steel Pendants Jewelry Diy Findings Charms
**US $0.32**    1 sold

20Pcs Silver Tone Round Stainless Steel Blank Stamping Tags Charms Pendants DIY Jewelry Making
**US $0.30**    1 sold

20Pcs Silver Tone Round S Stamping Tags Pendants C
**US $0.25**

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR Infringement

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

Google Play    App Store

Intellectual Property Protection    Privacy Policy    Sitemap    Terms of Use    Law Enforcement Compliance Guide    © 2010-2019 AliExpress.com. All rights reserved.



















**March 31, 2019**
李若莉
Payment

- $16.02

**Paid with**
VISA x-5176
You'll see "PAYPAL *LIRUOLI LIRUOLI*" on your card statement.

**Seller info**
李若莉

**Invoice ID**
120201101162319033100869030_100366180436773

**Ship to**
Axel Yang
230 S. Clark St.
STE 552
Chicago, IL 60604
United States

**Purchase details**

| | |
|---|---|
| 150Pcs Silver Tone Harley Motorcycle Pendants Jewelry Findings Charms 24x14mm Item #100366180436773 | $16.02 |

**Category**
Arts & Crafts

**Transaction ID**
0LK73813GN491741S

| **Total** | **$16.02** |
|---|---|

**Print details**

**Need help?**
If there's a problem, make sure to contact the seller through PayPal by **September 27, 2019.** You may be **eligible for purchase protection.**

**Report a problem**

HELP   CONTACT US   SECURITY   FEES   FEEDBACK



# Multiple item - claim

| Sunday, March 31, 2019 | Payment to 李若莉 | $16.02 USD |

**Which items do you need to contact us about?**

☐ 100366180436773 – 150Pcs Silver Tone Harley Motorcycle Pendants Jewelry Findings Charms 24x14mm
- ○ Didn't receive
- ○ Not as described

**What is the category of your purchase?**
- ○ Physical item
- ○ Digital good / service

Compose message to Paypal

**Seller contact**

李若莉
Beads_House@outlook.com

[Submit] [cancel]

Return to transaction





































New arrival brand Knight motocross helmet Professional motorcycle racing helmet ATV off-road
**US $78.75**  10 sold

Brand Motocross helmet Professional ATV off-road helmet NEXX HELMETS Dirt bike motorcycle helmet
**US $78.75**  3 sold

New arrival BEON motocross helmet,Downhill mountain bike helmet Professional off-road moto
**US $63.75**  1 sold

New Motocross Gloves St Gloves Black color Racing
**US $9.43**

Summer motorcycle Gloves Stainless Steel Half Finger Gloves Motocross Racing Protective gloves Moto
**US $8.58**  27 sold

Summer Motorcycle gloves Scoyco MC29D half finger Moto gloves Protective Motocross racing
**US $10.45**  29 sold

New GXT motocross goggles Professional Dirt bike Motorcycle Glasses Outdoor off road goggles
**US $11.90**  5 sold

Vintage Motorcycle Goggl Glasses Scooter Harley go
**US $3**

Retro Motorcycle helmet Goggles Motorbike Harley Goggles Jet Aviator Vintage Motocross Pilot Goggles
**US $3**  4 sold

New Arrival professional Motocross goggles Dirt bike Motorcycle Glasses Outdoor Off Road MotoGP
**US $9.98**  6 sold

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR infringement.

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch/Turkish,Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami, AliOS, 1688

Google Play  App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Law Enforcement Compliance Guide © 2010-2018 AliExpress.com. All rights reserved.































## Shipping

1. We ship to Ali-express register address. Please make sure your address in Ali-express

2. We ship the package within 48-72 hours after the payment cleared. (Excluding the weekend and holiday), The shipment usually takes 10-50 days. However, shipping time will highly depends on the courier and the local customs.

3. Refunds are not generally issued, Special situations are examined on a case to case basis, But In any circumstance, shipping and handing fee is refundable

## Return Policies & Feedback

1. We will leave POSITIVE FEEDBACK after you received item. Please contact us if you don't dissatisfied.

2. After the auction we will you sent a winning bidder email with all of the information needed to complete the purchase.

3. About Wearing item, pls buyer make sure which Size you want before you bid item.

### Packaging Details

Unit Type: **piece**                     Package Weight: **1.5kg (3.31lb.)**
Package Size: **30cm x 30cm x 25cm (11.81in x 11.81in x 9.84in)**

## Transaction History

42 transactions in last 6 months.   Sort by latest

| Buyer | Transaction Information |
|-------|------------------------|
| A1 A***. EE | 1 piece 15 Mar 2019 07:36 |
| A1 H***. LB | 1 piece 09 Mar 2019 10:13 |
| A3 F***. ES | 1 piece 06 Mar 2019 04:53 |
| A3 N***. SK | 1 piece 04 Mar 2019 12:40 |
| A2 D***. AE | 1 piece 02 Mar 2019 03:28 |
| A1 G***. GR | 1 piece 02 Mar 2019 01:40 |
| A2 A***. MV | 1 piece 24 Feb 2019 06:52 |
| A2 A***. MV | 1 piece 24 Feb 2019 06:52 |
| A3 R***. NL | 1 piece 21 Feb 2019 12:04 |
| A3 A***. CO | 1 piece 20 Feb 2019 14:30 |
| A3 S***. RU | 1 piece 09 Feb 2019 07:42 |
| A3 R***. NL | 1 piece 07 Feb 2019 06:01 |







**March 18, 2019**
义乌市新蓬电子商务有限公司
Payment

- $69.67

**Paid with**
VISA x-5176
You'll see "PAYPAL "YIWUSHIXINP YIW" on your card statement.

**Ship to**
Fran Penn
230 S. Clark St
Ste 552
Chicago, IL 60604
United States

**Category**
Auto Supplies

**Transaction ID**
7575475211L564361S

Print details

**Need help?**
If there's a problem, make sure to contact the seller through PayPal by **September 14, 2019**. You may be eligible for purchase protection.

**Seller info**
义乌市新蓬电子商务有限公司

**Invoice ID**
12020110106271903180082702B_99825745703493

**Purchase details**

| | |
|---|---|
| Vintage TORC T57 motorcycle helmet Harley 3/4 open face helmet Cool skull moto casco Motocicleta Capacete with inner visor Item #99825745703493 | $69.67 |
| **Total** | **$69.67** |

Report a problem

HELP    CONTACT US    SECURITY    FEES    FEEDBACK

©1995-2019 PayPal, Inc. All rights reserved.          Privacy    Legal    Policy updates



**March 18, 2019**
义乌市新蓬电子商务有限公司
Payment

− $69.67

**Paid with**
VISA x-5176
You'll see "PAYPAL "YIWUSHIXINP YIW" on your card
statement.

**Ship to**
Fran Penn
230 S. Clark St
Ste 552
Chicago, IL 60604
United States

**Category**
Auto Supplies

**Transaction ID**
7S7547521L564361S

**Seller info**
义乌市新蓬电子商务有限公司

**Invoice ID**
120201101062719031800827028_9982574S703493

**Purchase details**
Vintage TORC T57 motorcycle helmet      $69.67
Harley 3/4 open face helmet Cool skull
moto casco Motocicleta Capacete with
inner visor
Item #99825745703493

**Total**      $69.67

**Print details**

**Need help?**
If there's a problem, make sure to contact the seller
through PayPal by **September 14, 2019**. You may be
**eligible for purchase protection.**

**Report a problem**

HELP    CONTACT US    SECURITY    FEES    FEEDBACK

©1995-2019 PayPal, Inc. All rights reserved.    Privacy    Legal    Policy updates







THH Child helmet ALLTOP Downhill Mountain Bike Bicycle BMX Helmet DH MTB motorcross CE casco
**US $89.99**                    2 sold

Red gossip predator carbon fiber motorcycle helmet iron full face moto helmet DOT certification High
**US $349**                    5 sold

Predator carbon fiber helmet VS Alien iron man Full face moto casque capacete cascos para DOT
**US $349**

THH tx27 casco capacetes helmet motocross helmet
**US $119.99**

Motorcycle Helmet Brand Japan TT&CO Thompson Glass Fiber Vintage motorcycle helmet Harley
**US $69.99**                    134 sold

THH T72 Harley Style motorcycle helmet Chopper bike half helmet with internal sunglass Motorbike
**US $55.99**





2016 Hot Sale 1 Pair Kawasaki Fashion New Full Finger Motorcycle Gloves Motocross Luvas Guantes
**US $7.69**
318 sold

Free Shipping PRO-BIKER motorcycle gloves half finger gloves mesh cloth wrestling gloves racing
**US $7.99**

PRO-BIKER gloves moto motorcross full finger man women motorcycle GLOVE bicycle cycling glove
**US $9.90**
6 sold

Clear Pinlock Anti-fog patch Motorcycle Full Face Helmet Generic for K3 K4 AX8 LS2 HJC Marushin

2016 Hot Sale 1 Pair Kawasaki Fashion New Full Finger Motorcycle Gloves Motocross Luvas Guantes

Motorcycle Helmet Brand Japan TT&CO Thompson Glass Fiber Vintage motorcycle helmet Harley

Original LS2 FF358 FF370 helmet visor lock Tooless



Clear Pinlock Anti-fog patch Motorcycle Full Face Helmet Generic for K3 K4 AX8 LS2 HJC Marushin
**US $9.87**  605 sold

2016 Hot Sale 1 Pair Kawasaki Fashion New Full Finger Motorcycle Gloves Motocross Luvas Guantes
**US $7.69**  518 sold

Motorcycle Helmet Brand Japan TT&CO Thompson Glass Fiber Vintage motorcycle helmet Harley
**US $69.99**  134 sold

Original LS2 FF358 FF370 helmet visor lock Tooless
**US $7.50**

Original LS2 FF358 motorcycle helmet full face LS2 alex barros helmet racing moto helmets Casque Casco
**US $79**  47 sold

LS2 FF370 motorcycle helmet lens for LS2 ff325 flip up helmet glass for LS2 FF394 modular helmets shield
**US $15.99**  46 sold

Original LS2 ff328 Stream dual lens motocycle helmet full face motorcycle helmets with inner sun visor
**US $119**  36 sold

2017 New LS2 FF399 Flip motorcycle helmet back sc
**US $279**

Imported motorcycle helmet TT&CO Japanese Thompson motorcycle helmet cruise Ghost Rider retro
**US $139.99**  25 sold

100% Genuine LS2 MX436 off road motorcycle helmet with sunshield Moto-Cross motocross helmet double
**US $139**  21 sold

Original LS2 FF358 helmet visor replacement shield for FF396 FF392 Multicolor external lens clear black silver
**US $15.99**  21 sold

HJC visor hj-09 Suitable fo CS-R1 CS-R2 CS-15 TR-1 F
**US $23.99**

GXT genuine leather vintage retro 3/4 t vintage scooter Harley motorcycle helmet capacete
**US $43.90**  21 sold

HJC hj-17 helmet visor shield suitable for IS-MAX, IS-MAX II, IS-MAX BT, CL-MAX2, SY-MAX3 Smoke
**US $26.99**  20 sold

Original LS2 FF396 fiberglass full face helmet motorcycle helmet with sunshiled airbag racing moto
**US $128**  19 sold

100% Original LS2 FF352 f Capacete Casco Casque Is
**US $85**







































# Multiple item - claim

Monday, March 18, 2019    **Payment to 李阳飞**                    $72.79 USD

Which items do you need to contact us about?

☐ 99706174293493 – Motorcycle Helmet Brand Japan TT&CO Thompson Glass Fiber
Vintage motorcycle helmet Harley motorcycle helmet without Visor lens
○ Didn't receive
○ Not as described

What is the category of your purchase?
○ Physical item
○ Digital good / service

Compose message to Paypal

Submit    cancel

Return to transaction

## Seller contact

李阳飞
liyanghui.888@outlook.com



HELP    CONTACT US    SECURITY    FEES

©1999-2019 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates





Leather Motorcycle Boots SPEED Racing Boots Motocross Boots Drop Resistance Waterproof Riding
**US $40.30**  56 sold

Free shipping open face 3/4 motorcycle motorcross Casco Capacete helmet Jet Vintage retro helmet,
**US $42.30**  38 sold

black Motocross Goggles Oculos Motocross Off Road BMX Skiing Motorcycle Glasses Moto Airsoft
**US $6.39**  38 sold

pink color Cute Child Helm Scooter Kids Children Bab
**US $23.90**

New Motorcycle Gloves Touch Screen Breathable Wearable Protective Gloves Guantes Moto Luvas
**US $6.40**  26 sold

New Synthetic Leather Motorcycle Helmet Retro Vintage Cruiser Chopper Scooter Cafe Racer Moto
**US $36**  25 sold

Motorcycle helmet flip up full face helmet Snowmobile Street Bike Motor Riding Racing with Clear for winter
**US $45.33**  18 sold

retro motorcycle helmet fu weight Motorbike Helmet
**US $37.50**

DOT ADULT Helmet for Dirtbike ATV Motocross MX Offroad Motorcyle Street bike Snowmobile HELMET
**US $39.99**  17 sold

HOT SEll Motorcycle Helmet vintage Half Face Helmet Retro German Chopper Cruiser gloss Black
**US $36**  15 sold

NEW Leather Motorcycle Helmet Retro Vintage Steampunk Cruiser Chopper Scooter Cafe Racer Moto
**US $35.20**  14 sold

Retro Chopper WANLI Br Harley 3/4 Open Face Vint
**US $32.70**

Hot sale colorful Indian Harley Motorcycle Helmets half face Personalized locomotive open face Helmet
**US $39.58**  12 sold

Mirror Silver Chrome Vespa Open Face Motorcycle Motorbike Helmet Harley Retro Moto Helmets Casque
**US $37.60**  12 sold

helmet visor full face motorcycle helmet lens replacement lens be suitable for my store helmet road
**US $13.50**  11 sold

Built-in Bluetooth New fas motorcycle helmet motocr
**US $71.10**



Adult white vintage Open Face Half Helmet Harley Moto Motorcycle Helmets Motorcycle Motorbike

**US $36**  11 sold

FREE Gift gloves BYE LOGO Full Face Black Street Bike Motorcycle Helmets [DOT] (Small, Matte Black)

**US $39.99**  10 sold

child Cartoon children motocross half face motorcycle helmet MOTO electric bicycle safety headpiece for

**US $23.10**  9 sold

Black Adult Open Face He Moto Motorcycle Helmet

**US $6.40**

## Featured Products 02

Free shipping motorcycle helmet 3/4 open face helmets motocross vintage casque Moto Casque

**US $49.50**

Motorcycle Helmet Half Open Face Helmet Summer Helmet with Windproof Sunscreen UV Protection

**US $49.50**

open face motorcycle helmet personality classic applique motorbike helmet men and women racing

**US $49.50**

applique motorcycle helme helmet DOT approved raci

**US $49.50**

New summer motorcycle helmets electric bicycle scooter helmet sunscreen anti UV Motos helmet

**US $16.80**

New summer motorcycle helmets electric bicycle scooter helmet sunscreen anti UV Motos helmet

**US $16.80**

Motorcycle Helmet Open Face Moto Racing Motorcycle Vintage Helmets With Dual Lens

**US $16.80**

Half Duplex Racing Motor Comfortable Universal Saf

**US $16.80**









Leather Motorcycle Boots SPEED Racing Boots
Motocross Boots Drop Resistance Waterproof Riding
**US $40.30**                                    56 sold

Women Boots Autumn Winter Warm 2018 New Sexy
Fashion Pu leather Motorcycle Snow Boots Black Red
**US $43.30**

red motorcycle boots women Ankle Boots Black
White PU Leather Cup Strange Heel Fashion Moto
**US $43.30**

Newest RidingTribe Moto
boots, anti fall racing shoe
**US $43.30**

2017 Motorcycle jacket Protective Armor Jackets
Protection Motocross Clothing Protector Back
**US $36**                                       6 sold

Newest Motorcycles Armor Protection Motocross
Jacket Protector Moto Cross Chest Back Protector
**US $43.20**

Motorcycle Jackets Motorcycle Armor Racing Body
Protector Jacket Motocross Motorbike Protective
**US $43.20**

2019 PRO-BIKER motorcy
Body Protector protective
**US $26.80**

4pcs Motocross Knee Protector Brace Protection Pad
Kneepad Motorcycle Sports Cycling Guard Protector
**US $15.99**

4 pcs Motorcycle Kneepad Moto Knee Pads
Motocross Racing Protective Gear Protector Guards
**US $15.99**

otorcycle Knee Pads Adult 1 Pair High-Impact Shield-
Resistance Flexible Breathable Adjustable Motocross
**US $15.99**

4pcs Protective kneepad M
Protector Sports Scooter
**US $13.60**

Help
Customer Service, Disputes & Reports, Buyer Protection, Report IPR
infringement

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese,
Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba
International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami,
AliOS, 1688

Google Play    App Store

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Law Enforcement Compliance Guide © 2010-2019 AliExpress.com. All rights reserved.











Free shipping PU Leather Harle×

https://www.aliexpress.com/item/Free-shipping-PU-Leather-Harley-Helme

Product Details    Feedback (0)    Shipping & Payment    Seller Guarantees

Recently Viewed

















the inner line and check pads can be removed and washed









2. To extend the Buyer Protection for this order, please click here .

| Select All | Product Details | Product Status | Options |
|---|---|---|---|

Free shipping PU Leather Harley Helmets 3/4
Motorcycle Chopper Bike helmet open face vintage
motorcycle helmet with goggle mask
Properties: Color Lattice road  ; Size XL
(EAT LIN)

Awaiting Receipt

Open Dispute

**Confirm Goods Received**

istics Information:

| rnational Shipping mpany | Tracking Number | Remarks | Details |
|---|---|---|---|
| xpress Standard pping | LT451943897CN | | Refresh |

The seller is using AliExpress standard shipping. The tracking information will be displayed he
within 5-7 days after seller has sent out the package. You can also go to HZEMS check the
tracking information.

hat's AliExpress Shipping ?

**View Delivery Detail**

| der | Financial |
|---|---|

ore: capacete Store   Contact Seller    If you wish to leave the seller a message or view the message history, simply click here.

Contact Name : Criss Penn
Address: 230 S. Clark St
Ste 552
Chicago, Illinois, United States
Zip Code: 60604
Mobile: 8473451332
Tel: +1-
Fax:

| oduct Details | Price Per Unit | Quantity | Order Total | Status | |
|---|---|---|---|---|---|
| Free shipping PU Leather Harley Helmets 3/4 Motorcycle Chopper Bike helmet open face vintage motorcycle helmet with goggle mask Color: Lattice road Size: XL (EAT LIN) | $ 50.30 | 1 piece | $ 50.30 | Awaiting Receipt | AliExpress Standard Shipping Free Shipping Estimated Delivery Time: 23-23 Days Processing Time: 4 Days |

| | Product Amount | Shipping Cost | Total Amoun |
|---|---|---|---|
| | US $ 50.30 | US $ 0.00 | US $ 50.30 |

AliExpress Multi-Language Sites

Russian  Portuguese  Spanish  French  German  Italian  Dutch  Turkish  Japanese  Korean
Vietnamese  Arabic  Hebrew  Polish

Alibaba Group

Alibaba Group  Website  AliExpress  Alimama  Alipay  Fliggy  Alibaba Cloud  Alibaba Interna
AliTelecom  DingTalk  Juhuasuan  Taobao Marketplace  Tmall  Xiami  AliOS  1688

Service  Disputes & Reports  Buyer Protection  Report IPR Infringement

by Category

r  Product  Promotion  Low Price  Great Value  Reviews

ogle Play    App Store

Only secure content is displayed.   What's the risk?                    Show all content    ×



**March 18, 2019**

林义特

Payment

**- $52.31**

**Paid with**
VISA x-5176
You'll see "PAYPAL *LINYITE LINYITE*" on your card statement.

**Ship to**
Criss Penn
230 S. Clark St
Ste 552
Chicago, IL 60604
United States

**Category**
Auto Supplies

**Transaction ID**
8PW79375540310739

**Print details**

**Seller info**
林义特

**Invoice ID**
1202011010041190318008400024_99637202143493

**Purchase details**
Free shipping PU Leather Harley Helmets          $52.31
3/4 Motorcycle Chopper Bike helmet open
face vintage motorcycle helmet with
goggle mask
Item #99637202143493

**Total**          $52.31

**Need help?**
If there's a problem, make sure to contact the seller
through PayPal by **September 14, 2019**. You may be
**eligible for purchase protection.**

**Report a problem**



# Multiple item - claim

Monday, March 18, 2019    **Payment to 林义特**              $52.31 USD

**Which items do you need to contact us about?**

Seller contact

林义特
260121454@qq.com

☐ 99637202143493 – Free shipping PU Leather Harley Helmets 3/4 Motorcycle Chopper Bike helmet open face vintage motorcycle helmet with goggle mask
   ○ Didn't receive
   ○ Not as described

**What is the category of your purchase?**
○ Physical item
○ Digital good / service

Compose message to Paypal

[ Submit ]   [ cancel ]

Return to transaction



































鳄鱼皮黑色























# Multiple item - claim

Monday, March 18, 2019    **Payment to 林义特**                    $36.50 USD

**Which items do you need to contact us about?**

☐ 99825623743493 – 2018 HOT SELL motorcycle helmet harley retro open face vintage helm casco moto JET kask vespa casque cafe racer pilot capacete
   ○ Didn't receive
   ○ Not as described

**What is the category of your purchase?**
○ Physical item
○ Digital good / service

Compose message to Paypal

[ Submit ]   [ cancel ]

Return to transaction

### Seller contact
林义特
260121454@qq.com



HELP    CONTACT US    SECURITY    FEES

©1999-2019 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates





Champrint Store - Small Order

https://www.aliexpress.com/store/4751011

I Want To Break Free T Shirt for Men Queen Freddie Mercury Rock Band Printed Clothes Graphic T-Shirts

**US $9.90**                                          46 sold

Don't Stop Meow Cute T-Shirt Men's Queen Freddie Purcury Cat Fathers Day Gift Tees Crewneck Cotton

**US $10.30**                                          15 sold

Men's Iconic Queen T-Shirt Freddie Mercury Brian Rock Band Crewneck Short Sleeve Clothes Pure

**US $9.90**                                          14 sold

T-Shirt Game Of Thrones I Tyrion Lannister T Shirt fo

**US $9.90**

Cthulhu And Lovecraft Miskatonic University T-Shirt for Men Call Of Cthulhu Necronomicon Funny Tees

**US $9.90**                                          7 sold

Men's T Shirts Funny Distressed New England VS Everyone Amazing Fans Patriots Tees Round Neck

**US $9.90**                                          5 sold

Come To The Math Side We Have Pi T-Shirt Men's Pie Geek Short Sleeve Cool Tees Crew Neck 100% Cotton

**US $9.90**                                          4 sold

Men Freddie Mercury Live Bohemian Rhapsody Uniq

**US $9.90**

# NEW ARRIVAL

Man Captain Marvel T Shirts On The Stage Carol T-Shirts Popular Movie Cartoon Round Neck Short

**US $10.30**

40th Birthday Gift Vintage 1979 T Shirts Man Birthday Gift Tops Awesome T-Shirt Crewneck Cotton Tees

**US $10.30**

40th Birthday T-Shirts Gifts 40th Celebration Vintage 1979 Awesome Since 1979 T Shirts Man's Plus Size

**US $10.30**

Mona Lisa T-Shirts Sugar Man's Short Sleeve Clothe

**US $10.30**

Battle Angel T-Shirt Alita Funny T Shirt Man Short Sleeve Gunnm Comic Movie Anime Japan Tops Black

**US $10.30**

Metro Exodus T-Shirt Man Gas Mask T Shirts Toxic Games Gaming Short Sleeve Streetwear Tees Crew

**US $10.30**

40th Birthday Tee Shirt Gift Gold Vintage 1979 Aged Perfectly Present T Shirts Man Unique Clothes

**US $10.30**

Made In July 1989T Shirt I Birthday Gift T-Shirts Mar

**US $10.30**



Man Captain Marvel T Shirts On The Stage Carol
T-Shirts Popular Movie Cartoon Round Neck Short
**US $10.80**

40th Birthday Gift Vintage 1979 T Shirts Man Birthday
Gift Tops Awesome T-Shirt Crewneck Cotton Tees
**US $10.80**

40th Birthday T-Shirts Gifts 40th Celebration Vintage
1979 Awesome Since 1979 T Shirts Man's Plus Size
**US $10.80**

Mona Lisa T-Shirts Sugar
Man's Short Sleeve Clothe
**US $10.80**

Battle Angel T-Shirt Alita Funny T Shirt Man Short
Sleeve Gunnm Comic Movie Anime Japan Tops Black
**US $10.80**

Metro Exodus T-Shirt Man Gas Mask T Shirts Toxic
Games Gaming Short Sleeve Streetwear Tees Crew
**US $10.80**

40th Birthday Tee Shirt Gift Gold Vintage 1979 Aged
Perfectly Present T Shirts Man Unique Clothes
**US $10.80**

Made In July 1989T Shirt I
Birthday Gift T-Shirts Man
**US $10.80**

Battle Angel Alita T-Shirts Gunnm Comic Movie
Anime Man's T Shirt Vintage Pure Cotton Short
**US $10.80**

Man Made In 1979 Limited Edition Tee Shirt Legend
Born In 1979 T-Shirt Vintage Birthday T Shirt
**US $10.80**

Never Underestimate An Old Man Who Was Born in
October T Shirts Vintage Retro Birthday T-Shirts
**US $10.80**

Queens Are Born In April
Shirt Anniversary Short Sl
**US $10.80**

Help

Customer Service, Disputes & Reports, Buyer Protection, Report IPR
Infringement

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese,
Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba
International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Xiami,
AliOS, 1688

Google Play    App Store

Intellectual Property Protection    Privacy Policy    Sitemap    Terms of Use    Law Enforcement Compliance Guide  © 2010-2019 AliExpress.com. All rights reserved.





Glory Bounds Motorcycle USA  ×  +

https://www.aliexpress.com/item/Glory-Bounds-Motorcycle-USA-Harley-T

China

**96.9%** Positive feedback
Detailed seller ratings

Visit Store    Follow

**Contact Seller**

Contact Now

**This Seller's Categories**

− #1
- game of thrones
- Dungeons and Dragons
- Call Of Cthulhu
- Gost in the shell
- Goblin Slayer
- Money Heist - La...
- Kamala Harris
- Life Goal Pet All...
- Queen Freddie Mercury
- Hiking

− #2
- Johnny Hallyday
- Math
- Family Shark Doo Doo...
- You Shall Not Pass
- Thunder Road
- Dragon Ball
- PUBG
- Star Wars
- Anime
- Horror

− #3
- Bitcoin
- Conor McGregor
- Vikings
- Not Today
- Aikido
- Bushido
- Dental Dentist
- Fishing
- Gay Pride

− #4
- Trump 2020
- Racing
- Khabib Nurmagomedov
- Beethoven
- Horror Manga
- Game
- Mona Lisa
- Battle Angel Alita
- JDM

+ New England Vs...
+ 0314
+ Others
View More ▶

**Product Details** | Feedback (0) | Shipping & Payment | Seller Guarantees

Brand Name: **CHAMPRINT**                    Sleeve Length(cm): **Short**
Style: **Casual**                             Material: **Cotton**
Collar: **O-Neck**                            Sleeve Style: **Classic**
Pattern Type: **Print**                       Hooded: **No**
Fabric Type: **Broadcloth**                   Sale by Pack: **No**
Place Of Origin: **China (Mainland)**         Gender: **Men**
Item Type: **Tops**                           Tops Type: **Tees**
Color: **Black White Gray Beige Blue Green Red Yellow Pu...**    Size: **S M L XL XXL XXXL 4XL 5XL 6XL (Plus Size)**
Other Service: **Dropshipping,Wholesale**

**Product Description**

2019 CHAMPRINT

CHAMPRINT IS A COLLECTION OF
SPOOF / RETRO / POMPOUS /
BASIC AND OTHER DIFFERENT STYLES

**THE FASHION T-SHIRT MAKER**

SIZE IMFORMATION                    MULTICOLOR OPTIONAL

| CHAMPRINT | Shoulder Width (cm) | Chest Width(cm) | Body Length(cm) |
|-----------|--------------------|-----------------|-----------------|
| S | 43 | 48 | 70 |
| M | 45 | 52 | 71 |
| L | 47 | 56 | 73 |
| XL | 49 | 60 | 76 |
| XXL | 52 | 64 | 80 |
| 3XL | 55 | 68 | 84 |
| 4XL | 58 | 72 | 86 |
| 5XL | 61 | 76 | 88 |
| 6XL | 64 | 80 | 90 |

Attention : This size is US size . Please allow 1-3 cm error due to manual measurement .
If Your Measurements Fall In Between Sizes, Order The Larger Size.

ITEM DETAILS

Recently Viewed

















**March 18, 2019**

厦门市八映信息科技有限公司

Payment

− $11.60

**Paid with**
VISA x-5176
You'll see "PAYPAL "HAISO224918 HAI" on your card statement.

**Ship to**
Clara Yang
230 S. Clark St.
STE 552
Chicago, IL 60604
United States

**Category**
Clothing

**Transaction ID**
8TB935617Y1065141

🖨 **Print details**

**Seller info**
厦门市八映信息科技有限公司
hais02249187@gmail.com

**Invoice ID**
120201101142819031800862038_99826502396773

**Purchase details**
Glory Bounds Motorcycle USA Harley T          $11.60
Shirts Men Plus Size Tops Vintage
T-Shirts O Neck Purified Cotton Tees
Item #99826502396773

**Total**          $11.60

**Need help?**
If there's a problem, make sure to contact the seller through PayPal by **September 14, 2019.** You may be **eligible for purchase protection.**

⚠ **Report a problem**

HELP     CONTACT US     SECURITY     FEES     FEEDBACK

©1995-2019 PayPal, Inc. All rights reserved.     Privacy     Legal     Policy updates



