IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br><br>v.<br><br>46GPFORTYSIX STORE, et al.,<br><br>      Defendants. | Case No. 19-cv-03547<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Jeffrey Cole** |

### PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 5th day of June 2019.      Respectfully submitted,

                                                  /s/ Justin R. Gaudio
                                                  Amy C. Ziegler
                                                  Justin R. Gaudio
                                                  RiKaleigh C. Johnson
                                                  Greer, Burns & Crain, Ltd.
                                                  300 South Wacker Drive, Suite 2500
                                                  Chicago, Illinois 60606
                                                  312.360.0080 / 312.360.9315 (facsimile)
                                                  aziegler@gbc.law
                                                  jgaudio@gbc.law
                                                  rjohnson@gbc.law

                                                  *Counsel for Plaintiff H-D U.S.A., LLC*