IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>46GPFORTYSIX STORE, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03547<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Monday, June 10, 2019, at 9:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Gary Feinerman in Courtroom 2125 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and Motion for Leave to File Under Seal.

Dated this 5th day of June 2019.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　rjohnson@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff H-D U.S.A., LLC*