# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

H–D U.S.A., LLC

                                              Plaintiff,

v.                                                                         Case No.: 1:19−cv−03547

                                                                         Honorable Gary Feinerman

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Plaintiff's motion for leave to file under seal [6], Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery [13], and Plaintiff's motion for electronic service of process [18] are granted. Enter TRO order. Status hearing set for 7/17/2019 [10] shall stand.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.