

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 6/13/2019    Case Number: 19cv3547

Case Title: H-D U.S.A., LLC v. The Partnerships and Unincorporated Associations    Judge: Gary Feinerman

### DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

- [ ] Sealed or restricted document. (A court order is required to view a sealed or restricted document.)
- [ ] Too voluminous.
- [ ] Photographs
- [x] Civil bond (A court order is required to view a financial document.)
- [ ] Criminal bond (A court order is required to view a financial document.)
- [ ] Miscellaneous (MC) case
- [ ] Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30 p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ N. Finley
Deputy Clerk

Rev. 11/29/2016