IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br><br>v.<br><br>46GPFORTYSIX STORE, et al.,<br><br>      Defendants. | Case No. 19-cv-03547<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Jeffrey Cole** |

## PLAINTIFF'S *EX PARTE* MOTION TO
## EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on June 10, 2019 [25], by a period of fourteen (14) days until July 8, 2019. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 17th day of June 2019.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*