IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>46GPFORTYSIX STORE, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03547<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Jeffrey Cole** |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on June 10, 2019 (the "TRO") [25] for a period of fourteen (14) days until July 8, 2019.

On June 10, 2019, this Court entered the TRO against the Defendants identified on Schedule A to the Complaint and the Amended Complaint. [25]. Since receiving the Temporary Restraining Order, Harley-Davidson has been working diligently to ensure compliance with its terms by third parties. *See* Declaration of Justin R. Gaudio (the "Gaudio Declaration") at ¶ 2. As of June 17, 2019, the third parties have not completed effectuating the TRO, but are working diligently to comply. *Id.* at ¶ 3. Harley-Davidson plans to freeze financial accounts identified by the third parties. *Id.*

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Harley-Davidson respectfully submits that there is good cause to extend the TRO, since there is a high probability that the Defendants will continue to

harm Harley-Davidson without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to off-shore bank accounts. As discussed in Harley-Davidson's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, Harley-Davidson submits that extension of the TRO is necessary. In light of the above, Harley-Davidson respectfully requests that the TRO be extended for a period of fourteen (14) days until July 8, 2019.

Dated this 17th day of June 2019.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　　　RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　　　rjohnson@gbc.law

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff H-D U.S.A., LLC*