**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| H-D U.S.A., LLC, | Case No. 19-cv-03547 |
| Plaintiff, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge Jeffrey Cole** |
| 46GPFORTYSIX STORE, et al., | |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff H-D U.S.A., LLC's ("Harley-Davidson" or "Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A to the Amended Complaint and attached hereto (collectively, the "Defendants") and using at least the online marketplace accounts identified on Schedule A (the "Defendant Internet Stores")

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the HARLEY-DAVIDSON Trademarks (a list of which is included in the below chart).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,771,447 | HARLEY-DAVIDSON | July 14, 2015 | For: House mark for a full line of jewelry in class 014 |
| 3,690,031 | HARLEY-DAVIDSON | Sep. 29, 2009 | For: Non-luminous, non-mechanical tin signs, non-luminous, non-mechanical metal signs, tool boxes of metal, tool chests of metal, key rings of metal, and metal personal identification tags in class 006 |
| 3,490,890 | HARLEY-DAVIDSON | Aug. 26, 2008 | For: House mark for a line of motorcycles, structural parts for motorcycles and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview, fenders and skirts, and wheel balance weights in class 012 |
| 3,393,840 | HARLEY-DAVIDSON | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
| 2,281,489 | HARLEY-DAVIDSON | Sep. 28, 1999 | For: Necklaces, bracelets, and watch bands in class 014 |
| 1,621,383 | HARLEY-DAVIDSON | Nov. 06, 1990 | For: Model toy motorcycles, miniature motorcycle replicas, |

| | | | |
|---|---|---|---|
| | | | model toy trucks, and electronically operated toy motorcycles in class 028 |
| 1,606,282 | HARLEY-DAVIDSON | Jul. 17, 1990 | For: Safety goggles, protective helmets and sunglasses in class 009 |
| 1,602,474 | HARLEY-DAVIDSON | Jun. 19, 1990 | For: Belt buckles in class 026 |
| 1,450,348 | HARLEY-DAVIDSON | Aug. 04, 1987 | For: metal articles, namely, key fobs, key chains and license plate holders in class 006 <br><br> For: Knife sheaths in class 008 <br><br> For: Necklaces, earrings, pins of non-precious metals, clocks and watches in class 014 <br><br> For: Children's books, bumper stickers, removable tattoos, pressure sensitive decals, checkbook covers, and playing cards in class 016 <br><br> For: Leather goods, namely, purses, wallets, duffle bags, motorcycle saddle bags, and key fobs in class 018 <br><br> For: Mirrors in class 020 <br><br> For: Mugs, drinking glasses, coasters, decanters, cups, and plastic mugs in class 021 <br><br> For: Towels, and bed spreads in class 024 <br><br> For: Sweat pants, sweaters, suspenders, scarves, bandanas, leather clothing, namely, jackets, vests, gloves, jeans, chaps, tops, boots, shorts, caps, belts, and parts of footwear, namely boot tips, in |

| | | | |
|---|---|---|---|
| | | | class 025<br><br>For: Stuffed toy animals, toy banks, and model kits in class 028<br><br>For: Cigarette cases, lighter cases, and cigarette lighters in class 034 |
| 1,311,457 | HARLEY-DAVIDSON | Dec. 25, 1984 | For: Repair and Servicing of Motorcycles in class 037<br><br>For: Retail store services in the field of motorcycles in class 042 |
| 1,234,404 | HARLEY-DAVIDSON | Apr. 12, 1983 | For: Sunglasses and Protective Helmets for Motorcyclists in class 009<br><br>For: Clothing-Namely, Jackets, Pants, Shirts, T-Shirts, Vests, Jeans, Riding Suits, Bandannas, Rain Suits, Shorts, Nightgowns, Halters, Underwear, Tank Tops, Sweatshirts, Night Shirts, Socks, Gloves, Hats, Caps and Boots in class 025 |
| 1,219,955 | HARLEY-DAVIDSON | Dec. 14, 1982 | For: Parts and service manuals for motorcycles, parts catalogs for motorcycles, newsletters and magazines dealing with motorcycles, calendars, posters, and decals in class 016 |
| 1,078,871 | HARLEY-DAVIDSON | Dec. 06, 1977 | For: Vehicles-namely, motorcycles in class 012 |
| 526,750 | **HARLEY – DAVIDSON** | Jun. 27, 1950 | For: Motorcycles and structural parts thereof; accessories-namely, intermediate stands, seats, foot rests and extensions, windshields, fender tips, exhaust stacks, grips, name plates, saddle covers, luggage carriers, license frames, foot pedal pads, tandem seats, foot rests, and rear view mirrors in |

| | | | |
|---|---|---|---|
| | | | classes 007, 012, 022, and 027 |
| 508,160 | HARLEY-DAVIDSON | Apr. 05, 1949 | For: Electric lamps and spare parts for same; spark plugs; and electric signs in classes 007, 009, 011, 012, and 015 |
| 507,163 | HARLEY-DAVIDSON | Mar. 01, 1949 | For: Motorcycle shirts; sweaters; breeches; neckties; coveralls; rain coats and hats; jackets; helmets; caps; and boots in class 025 |
| 1,708,362 | HARLEY | Aug. 18, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,683,455 | HARLEY | Apr. 14, 1992 | For: Shirts, tank tops, boots, and sweatshirts in class 025 |
| 1,406,876 | HARLEY | Aug. 26, 1986 | For: Clothing; namely--tee shirts for men, women and children; knit tops for women and girls; and children's shirts in class 025 |
| 1,352,679 | HARLEY | Aug. 06, 1985 | For: Motorcycles in class 012 |
| 4,955,539 | HARLEY | May 10, 2016 | For: Watches, rings, bracelets, necklaces, earrings, pins being jewelry; jewelry, namely, wrist cuffs, pendants, charms and ride beads for making jewelry in class 014 |
| 1,793,137 | HARLEY OWNERS GROUP | Sep. 14, 1993 | For: Hunting knives, pocket knives and knife cases in class 008 <br><br> For: Road atlases, newsletters, magazines relating to motorcycling, playing cards, and decals in class 016 <br><br> For: Key fobs, luggage, tote bags, and travel bags in class 018 <br><br> For: Plastic and ornamental pins and badges in class 020 <br><br> For: Glasses, mugs, cups, and |

| | | | |
|---|---|---|---|
| | | | insulated can holders in class 021<br><br>For: Textile flags and banners in class 024<br><br>For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jacket, vests, and bandanas in class 025<br><br>For: Belt buckles and ornamental patches in class 026 |
| 1,654,280 | HD | Aug. 20, 1991 | For: Jewelry, namely lapel pins, earrings, necklaces and bracelets in class 014 |
| 1,597,427 | HD | May 22, 1990 | For: Leather goods, namely, wallets and ladies' purses in class 018 |
| 2,315,877 | HD | Feb. 8, 2000 | For: Shirts, jackets, vests, T-shirts, nightgowns, sweatshirts, nightshirts, gloves, hats, leather gloves in class 025 |
| 1,534,449 | HD | Apr. 11, 1989 | For: Decorative cloth patches and belt buckles of non-precious metal in class 026 |
| 2,042,130 | HD | Mar. 4, 1997 | For: Cigarette lighters, cigarette cases not made of precious metals, and holders for cigarette lighters not made of precious metals in class 034 |
| 1,716,992 | HOG | Sep. 15, 1992 | For: Metal badges; figurines made of metal in class 006<br><br>For: Clocks, watches, jewelry of precious and non-precious metal, namely, pins, charms, earrings, bracelets, necklaces, and rings; ornamental lapel pins; ashtrays, cigarette cases and holders of cigarette lighters of precious metals; belt buckles of precious metal in class 014 |

| | | | For: Greeting cards, road atlas, posters, calendars, newsletters, books and magazines relating to motorcycling, paper banners relating to motorcycling, playing cards, decals, note paper, pens and pencils, checkbook clutches in class 016 |
|---|---|---|---|
| | | | For: Drinking steins; glassware, namely, plates, cup saucers, glasses and other containers for food and beverage; mugs, cups, insulated can holders, commemorative plates, toothbrushes, quencher cups and figurines made of ceramic, porcelain and glass; leather can, glass and mug holders in class 021 |
| | | | For: Flags and banners not of paper in class 024 |
| | | | For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jackets, vests, socks, shoes, boots, scarves, belts, sweat pants, pants, bandanas, gloves, suspenders, chaps, rainsuits, and mittens in class 025 |
| | | | For: Belt buckles not of precious metals, ornamental pins and embroidered patches for clothing in class 026 |
| 1,263,936 |  | Jan. 17, 1984 | For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006

For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009 |

| | | | For: Electric lamps in class 011 |
|---|---|---|---|
| | | | For: Mud flaps, fuel door plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012 |
| | | | For: Jewelry - namely, necklaces, rings and key fobs in class 014 |
| | | | For: Posters, paper decals and playing cards in class 016 |
| | | | For: Wallets in class 018 |
| | | | For: Decorative wall plaques and mirrors in class 020 |
| | | | For: Mugs and insulated drinking steins in class 021 |
| | | | For: Towels in class 024 |
| | | | For: Clothing - namely, t-shirts, jackets, blue jeans, sweat shirts, underwear, bandanas, headwear, socks, boots, cycle riding suits, belts and suspenders in class 025 |
| | | | For: Embroidered patches, belt buckles and lapel, hat and stick pins all of nonprecious metals in class 026 |
| | | | For: Cigarette lighters in class 034 |
| 4,601,391 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |

| 3,559,365 | | Jan. 13, 2009 | For: House mark for a line of motorcycles, structural parts for motorcycles, and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front, rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview mirrors, fenders and skirts, and wheel balance weights in class 012 |
| 3,393,839 | | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
| 3,185,946 | | Dec. 19, 2006 | For: Jackets, baseball hats, caps, shirts and T-shirts in class 025 |

9

| 1,711,882 |  | Sep. 01, 1992 | For: Embroidered patches for clothing in class 026 |
| --- | --- | --- | --- |
| 1,660,539 |  | Oct. 15, 1991 | For: Knives; namely, buck knives, sporting and hunting knives, folding pocket knives, knife cases therefor, and tool kits comprising wrenches and pliers in class 008

For: sunglasses, and motorcycle parts; namely, gauges, batteries, and cruise controls in class 009

For: Flashlights in class 011

For: motorcycles and motorcycle parts; namely, air cleaners, drive belts, belt guards, brakes, chains, clutches, crankcases, engine cylinders, fenders and fender supports, footboards, forks, fuel tanks, leg guards, handlebars, cylinder heads, mirrors, oil filters, oil pumps, seats, shock absorbers, backrests, wheels, and windshields in class 012

For: Ankle bracelets, bracelets, earrings, necklaces, rings, tie tacks, watch bands, watches, wall clocks, and ornamental lapel pins in class 014

For: Books about motorcycles, calendars, decals, pens, photo albums, posters, and removable tattoos in class 016

For: Holders for cans in the nature of a rubber cylinder, duffle bags, |

10

| | | | |
|---|---|---|---|
| | | | garment bags, key fobs, suitcases, and wallets in class 018<br><br>For: Wall mirrors and wall plaques in class 020<br><br>For: Drinking glasses, mugs, and can holders in the nature of an insulated rubber cylinder in class 021<br><br>For: Towels in class 024<br><br>For: Belts, chaps, denim pants, gloves, hats, caps, jackets, neckties, night shirts, pants, rain suits, shirts, socks, suspenders, sweaters, sweatshirts, tank tops, athletic shoes, shoes, boots, t-shirts, underwear, vests and wristbands in class 025<br><br>For: Belt buckles not made of precious metal, boot chains, and embroidered patches for clothing in class 026<br><br>For: Automobile floor mats in class 027<br><br>For: Toy trucks in class 028<br><br>For: Beer in class 032<br><br>For: Lighter holders, cigarette cases, lighter cases, and lighters, all of the foregoing not being made of precious metal in class 034 |

| 1,263,936 |  | Jan. 17, 1984 | For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006 |
| | | | For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009 |
| | | | For: Electric lamps in class 011 |
| | | | For: Mud flaps, fuel door plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012 |
| | | | For: Jewelry-Namely, Necklaces, Rings, and Key Fobs in class 014 |
| | | | For: Posters, paper decals and playing cards in class 016 |
| | | | For: Wallets in class 018 |
| | | | For: Decorative Wall Plaques and Mirrors in class 020 |
| | | | For: Mugs and Insulated Drinking Steins in class 021 |
| | | | For: Towels in class 024 |
| | | | For: Clothing-Namely, T-Shirts, Jackets, Blue Jeans, Sweat Shirts, Underwear, Bandanas, Headwear, Socks, Boots, Cycle Riding Suits, Belts and Suspenders in class 025 |
| | | | For: Embroidered patches, belt buckles and lapel, hat and stick pins all of non-precious metals in class 026 |
| | | | For: Cigarette lighters in class 034 |

| 1,205,380 |  | Aug. 17, 1982 | For: Motorcycles in class 012<br><br>For: Clothing-Namely, T-Shirts in class 025 |
|---|---|---|---|
| 1,224,868 |  | Jan. 25, 1983 | For: Decorative Items for Motorcycles-Namely, Medallions in class 006<br><br>For: Fitted Motorcycle Covers in class 012<br><br>For: Key Ring Fobs in class 014<br><br>For: General Purpose Decals; Decorative Items for Motorcycles-Namely, Decals, and Metallic Foil Decals in class 016<br><br>For: Drinking Cups and Mugs in class 021<br><br>For: Clothing-Namely, Jackets, T-Shirts, Tank Tops, Sweat Shirts, Bandannas, Hats, Caps, and Boots in class 025<br><br>For: Stick, Lapel, and Hat Pins, All of Nonprecious Metals, and Decorative Cloth Patches in class 026<br><br>For: Cigarette Lighters in class 034 |

| 2,376,674 |  | Aug. 15, 2000 | For: Metal locks in class 006 |
| | | | For: Motorcycle parts, namely, spark plugs in class 007 |
| | | | For: Optical and safety equipment, namely, sunglasses and motorcycle helmets in class 009 |
| | | | For: Motorcycle parts, namely, mirrors, drive belts made of rubber, swing arm pivot covers, axle nut covers, handgrips, oil pump covers, air cleaner covers, derby covers, caliper covers, seats, brake pedals, motorcycle saddlebags, saddlebag liners, timer covers and fender tips in class 012 |
| | | | For: Jewelry in class 014 |
| | | | For: Leather goods, namely traveling bags and saddlery in class 018 |
| | | | For: Leather gloves in class 025 |
| 1,741,456 |  | Dec. 22, 1992 | For: Embroidered patches and belt buckles not of precious metals in class 026 |
| 1,511,060 |  | Nov. 01, 1988 | For: Clothing, namely, boots, sweat shirts, jeans, hats, caps, scarves, motorcycle riding suits, neck ties, shirts, t-shirts, jackets, vest, ladies tops, bandanas in class 025 |

14

| 3,447,304 |  | Jun. 17, 2008 | For: A full line of clothing in class 025 |
| 4,487,292 |  | Feb. 25, 2014 | For: Motorcycles and structural parts therefore in class 012 |
| 4,487,293 |  | Feb. 25, 2014 | For: Motorcycle modification and customization; providing a web site featuring information regarding motorcycle customization services; providing consultation services regarding motorcycle customization in class 037 |
| 3,697,874 |  | Oct. 20, 2009 | For: Motorcycles and structural parts therefor in class 012 |
| 3,697,875 |  | Oct. 20, 2009 | For: Shirts, hats, caps in class 025 |

15

| 3,074,276 |  | Mar. 28, 2006 | For: Metal key chains in class 006 |
| 3,018,481 |  | Nov. 22, 2005 | For: Ornamental novelty pins in class 026 |
| 2,979,002 |  | Jul. 26, 2005 | For: Drinking glasses, mugs, and beverage glassware in class 021 |
| 2,973,501 |  | Jul. 19, 2005 | For: Bandannas, jackets, shirts, caps, hats, T-shirts, and leather jackets in class 025 |

| 4,601,394 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 3,304,863 |  | Oct. 02, 2007 | For: Metal key fobs and non-luminous and non-mechanical metal signs in class 006 |
| 4,844,360 |  | Nov. 03, 2015 | For: Parts of motorcycles, excluding parts of all motors and engines, namely, derby covers, air cleaner trim, timer covers, battery cover band, fuel caps, brake caliper inserts, fender skirts, console doors, head lamp visors, medallions, foot pegs, gearshift linkages, foot board covers, handlebar clamps, hand grips, fuel gauges, guard rail inserts, axle nut covers, breather end cap, valve stem caps, foot boards, turn signal visors, pivot bolt covers, tank panel, fender tip lens kit, console insert, air cleaner cover, decorative end caps, mirrors and mounting hardware for the aforesaid goods in class 012 |

| 4,771,442 |  | Jul. 14, 2015 | For: A full line of jewelry in class 014 |
| 4,528,269 |  | May 13, 2014 | For: Jewelry, namely, earrings, necklaces in class 014 |
| 4,465,604 |  | Jan. 14, 2014 | For: Clothing, namely, shirts, hats, caps, belts, jackets, gloves, sweatshirts, lounge pants, and wrist bands in class 025 |
| 4,465,650 |  | Jan. 14, 2014 | For: Motorcycles and structural parts therefor in class 012 |
| 5,346,467 | DAYMAKER | Nov. 28, 2017 | For: Motorcycle headlamp in class 011 |

| | | | |
|---|---|---|---|
| 1,316,576 | EAGLE IRON | Jan. 29, 1985 | For: Motorcycle electrical parts, namely, coils, brushes, armatures, generators in class 007<br><br>For: Motorcycle parts, namely gear shafts, starters, clutches, sprockets, battery covers and straps, air cleaners and filters in class 012 |
| 3,818,854 | FAT BOY | Jul. 13, 2010 | For: Non-luminous, non-mechanical tin signs, non-luminous and non-mechanical metal signs in class 006 |
| 5,346,443 | FXRG | Nov. 28, 2017 | For: Helmets in class 009 |
| 5,493,726 | FXRG | Jun. 12, 2018 | For: Eyewear, body armor in class 009 |
| 2,530,093 | FXRG | Jan. 15, 2002 | For: Jackets, coats, suits, gloves and pants in class 025 |
| 2,817,659 | MOTORCLOTHES | Feb. 24, 2004 | For: Clothing, namely belts, coats, jackets, caps, hats, head wear, knit hats, gloves, jeans, pants, chaps, shorts, shirts, sweaters, halter tops, tank tops, T-shirts, sweatshirts, sweat pants, head bands, leather coats, leather jackets, leather pants, leather chaps, leather vests, nightgowns, night shirts, pajamas, rain coats, rain suits, scarves, lingerie, underwear, vests, and wristbands; footwear; namely, shoes and boots in class 025 |
| 3,734,072 | SCREAMIN' EAGLE | Jan. 5, 2010 | For: Caps, jackets, shirts, and sweatshirts; t-shirts in class 025 |
| 1,434,821 | WILLIE G | Mar. 31, 1987 | For: Jackets in class 025 |

| 2,892,609 | "Orange Stripe Design" (a wide orange stripe outlined by two narrow stripes) | Oct. 12, 2004 | For: Clothing, namely jackets, shirts in class 025 |
| --- | --- | --- | --- |
| 3,110,597 | STREET BOB | Jun 27, 2006 | For: Motorcycles and motorcycle structural parts in class 012 |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Harley-Davidson's previously granted Motion for Entry of a Temporary Restraining Order establishes that Harley-Davidson has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Harley-Davidson will suffer irreparable harm if the injunction is not granted. Specifically, Harley-Davidson has proved a *prima facie* case of trademark infringement because (1) the HARLEY-DAVIDSON Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the HARLEY-DAVIDSON Trademarks, and (3) Defendants' use of the HARLEY-DAVIDSON Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Harley-Davidson. Furthermore, Defendants' continued and unauthorized use of the HARLEY-DAVIDSON Trademarks irreparably harms Harley-Davidson through diminished goodwill and brand confidence, damage to Harley-Davidson's reputation, loss

20

of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Harley-Davidson has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1.  Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a.  using the HARLEY-DAVIDSON Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harley-Davidson product or not authorized by Harley-Davidson to be sold in connection with the HARLEY-DAVIDSON Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Harley-Davidson product or any other product produced by Harley-Davidson, that is not Harley-Davidson's or not produced under the authorization, control or supervision of Harley-Davidson and approved by Harley-Davidson for sale under the HARLEY-DAVIDSON Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Harley-Davidson, or are sponsored by, approved by, or otherwise connected with Harley-Davidson;

    d.  further infringing the HARLEY-DAVIDSON Trademarks and damaging Harley-Davidson's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Harley-Davidson, nor authorized by Harley-Davidson to be sold or offered for sale, and which bear any of Harley-Davidson's trademarks, including the HARLEY-DAVIDSON Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplace Accounts or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing, and Yahoo (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Harley-Davidson expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying

information associated with the Defendant Internet Stores and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores;

c. any of the Defendant Internet Stores;

d. any other online marketplace accounts registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Alipay, Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Harley-Davidson's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall, within five (5) business days after receipt of such notice:

a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the HARLEY-DAVIDSON Trademarks;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the HARLEY-DAVIDSON Trademarks; and

c. take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

4.     Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.     Any Third Party Providers, including PayPal, Inc. ("PayPal"), Wish.com, Alipay, and Amazon Pay, shall, within two (2) business days of receipt of this Order, for any Defendant or any of the Defendant Internet Stores:

    a.  locate all accounts and funds connected to Defendants or Defendant Internet Stores, including, but not limited to, any PayPal, Wish.com, Alipay, and/or Amazon Pay accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.     Harley-Davidson may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "46GPFORTYSIX STORE and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing

notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.     Harley-Davidson's Amended Complaint [12] and Exhibit 1 thereto [12-1], Schedule A to the Complaint [11] and the Amended Complaint [12-2], Exhibit 3 to the Declaration of Adraea M. Brown [17], and the TRO [26] are unsealed.

8.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Harley-Davidson or on shorter notice as set by this Court.

9.     The $10,000 bond posted by Harley-Davidson shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

DATED:  July _____, 2019

_____
Gary Feinerman United States District Judge

H-D U.S.A., LLC v. 46GPFORTYSIX Store, et al. - Case No. 19-cv-3547

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 1 | 46GPFORTYSIX Store | 2 | +8618355115692 Store |
| 3 | AHP HELMETS Store | 4 | Ancy YI factory Store |
| 5 | Ao Mi Ke Rong Official Store | 6 | AtubeixMotoCar Store |
| 7 | Beads House | 8 | Bo Costumes World Store |
| 9 | C & c. motocycle helmet and accessories Inc. | 10 | capacete Store |
| 11 | Casque de chevalier Store | 12 | Champrint Store |
| 13 | China Cloth | 14 | Chopper Store |
| 15 | Customes World | 16 | Cyclegear Brand Store |
| 17 | dengloushangmao Store | 18 | Dolon Jewelry |
| 19 | Dpsprue Factory Store | 20 | Emmanuel Store |
| 21 | Factory direct sales floating charms(min order is 10USD) | 22 | For A Wouderful Car Enjoyment Store |
| 23 | GPCROSS Store | 24 | Guangzhou XianFu Trading Co,ltd |
| 25 | Handmade painting Store | 26 | Harry's Art Jewels Store |
| 27 | HBN Store | 28 | HLLZH Official Store |
| 29 | ian's Lingerie Store | 30 | kim feng's store |
| 31 | LDMET professional+ Store | 32 | Listen to Snowing World Store |
| 33 | Little MingLou Store | 34 | Macey Store |
| 35 | MaggieFan Store | 36 | Masonic Gifts Store |
| 37 | MJ MOTOR Store | 38 | Motorcycle & Automobile Parts Store |
| 39 | MOTORIDER Store | 40 | Mounsi store Store |
| 41 | MRM Store | 42 | NFSEPGO DP Offroad Lights Store |
| 43 | NINEN Store | 44 | paylor Lover Store |
| 45 | Remodel-888 Store | 46 | Roulan Motorcycle supplies Store |
| 47 | Route 11's Store | 48 | Shenzhen No1 sports supermarket |
| 49 | shop zl761225 Store | 50 | Shop2842097 Store |
| 51 | Shop3481043 Store | 52 | Shop3979020 Store |
| 53 | Skyline Store | 54 | TAFREE Official Store |
| 55 | TNOOG Car Motorcyle lighting & Accessories Store | 56 | Transauto |
| 57 | Typhoon Racing Store | 58 | Valentine Accessories Store |
| 59 | VAMOOSY - Store | 60 | VECCHIO MOTORCYCLE SUPPLIES Store |
| 61 | Wendy murals Store | 62 | WIPU.2 Store |
| 63 | YIMING JEWEIRY STORE | 64 | YogaGift Store |
| 65 | YssiLynn Y L Store | 66 | YSY Autoparts Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 67 | Yueqing Tian'e Store | 68 | YUZHEJIE Store |
| 69 | ZHONGWANG GVUSMIL Store | 70 | ZongDi Store |
| 71 | ZSQH Piranha1 Store | 72 | Angelove Trendy Store |
| 73 | BABY211 Store | 74 | Bakuis Car Motor Led Lights Parts Store |
| 75 | Bobo's sports store | 76 | China Very Good Store |
| 77 | cn1525418153etd Store | 78 | cuper happy1 Store |
| 79 | dan k Store | 80 | Dance Costume Dress Factory |
| 81 | DAZHA911 Store | 82 | Diane Store |
| 83 | Dressing youself Store | 84 | DU Store |
| 85 | Dulipyu Store | 86 | enthusiasm Store |
| 87 | Ericwei Light Factary Store | 88 | Factory Car Motor Lights Parts Store |
| 89 | Four seasons authentic Store | 90 | FOX5 Tees Shirt Store |
| 91 | GILAG BAIXIANGGUO Store | 92 | HongPeng Yang |
| 93 | huilin jewel Store | 94 | j ames's store |
| 95 | jiaofu Drop shipping Store | 96 | Knight expert |
| 97 | LEOPANDA 4 Store | 98 | LKY816816 Store |
| 99 | MagicLoves Store | 100 | MAIIDEN Manufacturer Store |
| 101 | MOLI MEN Store | 102 | Motorcycle Center Store |
| 103 | MotorcycleHelmet Store | 104 | NIC-LIGHT round headlight Store |
| 105 | oushifushi Store | 106 | PandW Store |
| 107 | Personality men jewellery Store | 108 | personalityprintedtee Store |
| 109 | Playful Tees Store | 110 | PTDDYI Store |
| 111 | qiaodan Store | 112 | sanswang2018 Store |
| 113 | Screaming motorcycle Store | 114 | Shop3243051 Store |
| 115 | Shop3898003 Store | 116 | Shop4401081 Store |
| 117 | Shop4534015 Store | 118 | Shop4675007 Store |
| 119 | Shop4682020 Store | 120 | Shop4816005 Store |
| 121 | Shop4872172 Store | 122 | Shop4883009 Store |
| 123 | Shop4968046 Store | 124 | Shop4972088 Store |
| 125 | Shop4978079 Store | 126 | Shop4989247 Store |
| 127 | Shop5007359 Store | 128 | Shop5023082 Store |
| 129 | sillyboytshirts Store | 130 | Skullcitytshirts Store |
| 131 | Small & Beautiful Store | 132 | Smithcool Store |
| 133 | Song Store | 134 | SUZIYAN A Store |
| 135 | SXSYHD Official Store | 136 | takerlama My-COS Store |
| 137 | TCMT Authorization Store | 138 | Tees workshop Store |
| 139 | teesrping Store | 140 | tgsuppliesuk Store |
| 141 | The Emperor Shop Store | 142 | Tony yu store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 143 | TshirtLink Store | 144 | VEMIKYSION Manufacturer of Car Light Store |
| 145 | xianger Store | 146 | XiaoChong Store |
| 147 | YK UNCLE Official Store | 148 | YXSM Garments Store |
| 149 | ZOGGA CLOTH Store | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|-----|---------------------------|-----|---------------------------|
| 1 | aliexpress.com/store/2952006 | 2 | aliexpress.com/store/3494015 |
| 3 | aliexpress.com/store/2070139 | 4 | aliexpress.com/store/1361689 |
| 5 | aliexpress.com/store/521819 | 6 | aliexpress.com/store/3473011 |
| 7 | aliexpress.com/store/412124 | 8 | aliexpress.com/store/4601014 |
| 9 | aliexpress.com/store/1758421 | 10 | aliexpress.com/store/3632008 |
| 11 | aliexpress.com/store/4398091 | 12 | aliexpress.com/store/4751011 |
| 13 | aliexpress.com/store/928505 | 14 | aliexpress.com/store/2402109 |
| 15 | aliexpress.com/store/2222108 | 16 | aliexpress.com/store/803735 |
| 17 | aliexpress.com/store/4406019 | 18 | aliexpress.com/store/218962 |
| 19 | aliexpress.com/store/4530030 | 20 | aliexpress.com/store/3512097 |
| 21 | aliexpress.com/store/900783 | 22 | aliexpress.com/store/3203066 |
| 23 | aliexpress.com/store/611814 | 24 | aliexpress.com/store/808694 |
| 25 | aliexpress.com/store/2632017 | 26 | aliexpress.com/store/1299465 |
| 27 | aliexpress.com/store/2622009 | 28 | aliexpress.com/store/2398066 |
| 29 | aliexpress.com/store/4476063 | 30 | aliexpress.com/store/801839 |
| 31 | aliexpress.com/store/4516085 | 32 | aliexpress.com/store/2783034 |
| 33 | aliexpress.com/store/1095188 | 34 | aliexpress.com/store/4687027 |
| 35 | aliexpress.com/store/3632067 | 36 | aliexpress.com/store/414283 |
| 37 | aliexpress.com/store/1183300 | 38 | aliexpress.com/store/3363017 |
| 39 | aliexpress.com/store/3478033 | 40 | aliexpress.com/store/2881176 |
| 41 | aliexpress.com/store/2791152 | 42 | aliexpress.com/store/2165011 |
| 43 | aliexpress.com/store/900206003 | 44 | aliexpress.com/store/5002258 |
| 45 | aliexpress.com/store/1501530 | 46 | aliexpress.com/store/413106 |
| 47 | aliexpress.com/store/4659002 | 48 | aliexpress.com/store/342966 |
| 49 | aliexpress.com/store/3204030 | 50 | aliexpress.com/store/2842097 |
| 51 | aliexpress.com/store/3481043 | 52 | aliexpress.com/store/3979020 |
| 53 | aliexpress.com/store/3901046 | 54 | aliexpress.com/store/340780 |
| 55 | aliexpress.com/store/3226055 | 56 | aliexpress.com/store/2172132 |
| 57 | aliexpress.com/store/412035 | 58 | aliexpress.com/store/4817159 |
| 59 | aliexpress.com/store/4353013 | 60 | aliexpress.com/store/1768322 |
| 61 | aliexpress.com/store/3042020 | 62 | aliexpress.com/store/3004034 |
| 63 | aliexpress.com/store/2206008 | 64 | aliexpress.com/store/2907018 |
| 65 | aliexpress.com/store/3618170 | 66 | aliexpress.com/store/2672090 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|-----|---------------------------|-----|---------------------------|
| 67 | aliexpress.com/store/3045015 | 68 | aliexpress.com/store/3891014 |
| 69 | aliexpress.com/store/2923076 | 70 | aliexpress.com/store/2164118 |
| 71 | aliexpress.com/store/4805085 | 72 | aliexpress.com/store/624869 |
| 73 | aliexpress.com/store/4929068 | 74 | aliexpress.com/store/2478037 |
| 75 | aliexpress.com/store/921885 | 76 | aliexpress.com/store/4645162 |
| 77 | aliexpress.com/store/4689032 | 78 | aliexpress.com/store/4417013 |
| 79 | aliexpress.com/store/4410096 | 80 | aliexpress.com/store/1856208 |
| 81 | aliexpress.com/store/4973062 | 82 | aliexpress.com/store/2970011 |
| 83 | aliexpress.com/store/4479021 | 84 | aliexpress.com/store/3625105 |
| 85 | aliexpress.com/store/822839 | 86 | aliexpress.com/store/4433026 |
| 87 | aliexpress.com/store/4606017 | 88 | aliexpress.com/store/3511005 |
| 89 | aliexpress.com/store/4916076 | 90 | aliexpress.com/store/4647172 |
| 91 | aliexpress.com/store/4648127 | 92 | aliexpress.com/supplier-gs/wholesale-products/245014101-productlist.html |
| 93 | aliexpress.com/store/906791 | 94 | aliexpress.com/store/712205 |
| 95 | aliexpress.com/store/2885122 | 96 | aliexpress.com/store/2182081 |
| 97 | aliexpress.com/store/3684098 | 98 | aliexpress.com/store/4990033 |
| 99 | aliexpress.com/store/4991403 | 100 | aliexpress.com/store/4384110 |
| 101 | aliexpress.com/store/4664011 | 102 | aliexpress.com/store/315699 |
| 103 | aliexpress.com/store/3108023 | 104 | aliexpress.com/store/2912014 |
| 105 | aliexpress.com/store/4800091 | 106 | aliexpress.com/store/4710108 |
| 107 | aliexpress.com/store/3473007 | 108 | aliexpress.com/store/4550025 |
| 109 | aliexpress.com/store/3860036 | 110 | aliexpress.com/store/4968042 |
| 111 | aliexpress.com/store/4968048 | 112 | aliexpress.com/store/4039078 |
| 113 | aliexpress.com/store/3853108 | 114 | aliexpress.com/store/3243051 |
| 115 | aliexpress.com/store/3898003 | 116 | aliexpress.com/store/4401081 |
| 117 | aliexpress.com/store/4534015 | 118 | aliexpress.com/store/4675007 |
| 119 | aliexpress.com/store/4682020 | 120 | aliexpress.com/store/4816005 |
| 121 | aliexpress.com/store/4872172 | 122 | aliexpress.com/store/4883009 |
| 123 | aliexpress.com/store/4968046 | 124 | aliexpress.com/store/4972088 |
| 125 | aliexpress.com/store/4978079 | 126 | aliexpress.com/store/4989247 |
| 127 | aliexpress.com/store/5007359 | 128 | aliexpress.com/store/5023082 |
| 129 | aliexpress.com/store/4646125 | 130 | aliexpress.com/store/4646084 |
| 131 | aliexpress.com/store/430235 | 132 | aliexpress.com/store/4688020 |
| 133 | aliexpress.com/store/4990341 | 134 | aliexpress.com/store/4658049 |
| 135 | aliexpress.com/store/4994349 | 136 | aliexpress.com/store/1112787 |
| 137 | aliexpress.com/store/3369007 | 138 | aliexpress.com/store/3886004 |
| 139 | aliexpress.com/store/3473048 | 140 | aliexpress.com/store/3609015 |
| 141 | aliexpress.com/store/4249016 | 142 | aliexpress.com/store/122216 |
| 143 | aliexpress.com/store/3910038 | 144 | aliexpress.com/store/3477056 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|-----|---------------------------|-----|---------------------------|
| 145 | aliexpress.com/store/4970019 | 146 | aliexpress.com/store/4639107 |
| 147 | aliexpress.com/store/2180093 | 148 | aliexpress.com/store/4917004 |
| 149 | aliexpress.com/store/4993503 |  |  |