# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>46GPFORTYSIX STORE, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03547<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Beads House | 7 |
| Bo Costumes World Store | 8 |
| Chopper Store | 14 |
| Customes World | 15 |
| Dressing youself Store | 83 |

Dated this 25th day of July 2019.

Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*